1  JOSEPH W. COTCHETT (SBN 36324)          MICHAEL RUBIN (SBN 080618)
   jcotchett@cpmlegal.com                   mrubin@altber.com
2  BRIAN DANITZ (SBN 247403)               STACEY M. LEYTON (SBN 203827)
   bdanitz@cpmlegal.com                     sleyton@altber.com
3  KARIN B. SWOPE (PRO HAC VICE)           MATTHEW MURRAY (SBN 271461)
   kswope@cpmlegal.com                      mmurray@altber.com
4  ANDREW F. KIRTLEY (SBN 328023)          CONNIE K. CHAN (SBN 284230)
   akirtley@cpmlegal.com                    cchan@altber.com
5  **COTCHETT, PITRE & McCARTHY LLP**      **ALTSHULER BERZON LLP**
   840 Malcolm Road, Suite 200              177 Post Street, Suite 300
6  Burlingame, CA  94010                    San Francisco, CA  94108
   Telephone: (650) 697-6000                Telephone: (415) 421-7151
7  Fax: (650) 697-0577                      Fax: (415) 362-8064

8  *Interim Co-Lead Counsel for Plaintiffs*   *ADDITIONAL COUNSEL LISTED*
   *and the Proposed Class in Yick v. Bank of*   *BELOW*
9  *America, N.A.*, 3:21-cv-01092-LAB

10                  **UNITED STATES DISTRICT COURT**

11                **SOUTHERN DISTRICT OF CALIFORNIA**

12  | **In re BANK OF AMERICA** | Case No.  3:21-md-2992-LAB |
    | **CALIFORNIA UNEMPLOYMENT** | |
13  | **BENEFITS LITIGATION** | **CLASS ACTION PLAINTIFFS'** |
    | | **STATUS CONFERENCE STATEMENT** |
14  | | **PROPOSED AGENDA** |
    | | |
15  | | Date:        July 19, 2021 |
    | | Time:        11:30 a.m. |
16  | | Judge:       Hon. Larry Alan Burns |
    | | Courtroom:  14A |

17

18

19

20

21

1

# **TABLE OF CONTENTS**

2

Page(s)

3

**I.    Procedural Background** ....................................................................1

4

**II.   Parties' Recent Meet-and-Confer Efforts**..................................4

5

**III. Responses to the Court's Order Setting Status Conference** ...........................5

6

    A.   Proposed Organizational Structure....................................................5

7

    B.   Filing of a Master Consolidated Class Action Complaint .................................7

    C.   Coordination with Individual Actions................................................8

8

    D.   Content and Timing for Submission of a Proposed CMO .................................8

9

    E.   Proposed Schedule for Resolution of Future Dispositive Motions....................9

10

**IV. Proposed Agenda Items for the July 19 Status Conference**...........................11

11

12

13

14

15

16

17

18

19

20

21

1    Pursuant to the Court's Order Setting Status Conference entered on June 15,

2    2021 ("Order") (Dkt. No. 16), Plaintiffs in *Yick v. Bank of America, N.A.*, No. 3:21-

3    cv-01092-LAB-MSB ("*Yick*") (the consolidated class action comprising nine

4    related class actions), *Zoelle v. Bank of America, N.A.*, No. 3:21-cv-01097-LAB-

5    MSB ("*Zoelle*"), *Wiggins v. Bank of America, N.A.*, No. 3:21-cv-01084-LAB-MSB

6    ("*Wiggins*"), and *Smith v. Bank of America, N.A.*, No. 3:21-cv-01137-LAB-MSB

7    ("*Smith*") (collectively, "Class Action Plaintiffs"), by and through their respective

8    attorneys of record, submit Class Action Plaintiffs' Status Conference Report. This

9    Report provides a brief procedural background to the class action component of this

10   litigation, summarizes the parties' recent meet-and-confer efforts, and responds to

11   the items listed in the Court's June 15 Order.

12   **I.      Procedural Background**

13   On January 14, 2021, Plaintiff Jennifer Yick commenced the class action

14   titled *Yick v. Bank of America, N.A.*, No. 3:21-cv-00376, in the Northern District of

15   California. *See Yick* Dkt. No. 1. After the filing of *Yick*, eight related class actions

16   were filed in the Northern District of California,[1] two related class actions were

17

18   [1] *See Rodriguez v. Bank of America, N.A.*, No. 21-cv-00494 (N.D. Cal. filed Jan. 20, 2021); *Willrich v. Bank of America, N.A.*, No. 21-cv-00547 (N.D. Cal. filed Jan. 22,

19   2021); *McClure v. Bank of America, N.A.*, No. 21-cv-00572 (N.D. Cal. filed Jan. 25, 2021); *Oosthuizen & Matthews v. Bank of America, N.A.*, No. 21-cv-00615

20   (N.D. Cal. filed Jan. 26, 2021); *Wilson v. Bank of America, N.A.*, No. 21-cv-00699 (N.D. Cal. filed Jan. 28, 2021); *Mosson v. Bank of America, N.A.*, No. 21-cv-00743

21   (N.D. Cal. filed Jan. 29, 2021); *Cajas v. Bank of America, N.A.*, No. 21-cv-00869

filed in the Central District of California (*Zoelle* and *Smith*), and one was filed in

the Eastern District of California (*Wiggins*).[2]  Individual actions were also filed:

four in the Central District of California (*Wood*, *Hart*, *Verdun*, and *Alvarez*), and

nine in the Southern District of California (*Meza*, *Brotman*, *Robinson*, *Morrell*,

*Lawrence*, *Payton*, *Talia*, *Rojas de Charolet,* and *Abarr*).[3]

On February 24, 2021, Plaintiff Yick commenced MDL No. 2992, titled *In re*

*Bank of America California Unemployment Benefits Litigation*, before the Judicial

Panel On Multidistrict Litigation ("JPML").

_____

(N.D. Cal. filed Feb. 3, 2021); *Smith v. Bank of America, N.A.*, No. 21-cv-01466 (N.D. Cal. filed Mar. 1, 2021).

[2] *See Zoelle v. Bank of America, N.A.*, No. 2:21-cv-00518 (C.D. Cal. filed Jan. 20, 2021) ("*Zoelle*"); *Smith v. Bank of America, N.A.*, No. 2:21-cv-03385 (C.D. Cal. filed Apr. 26, 2021) ("*Smith*"); *Wiggins v. Bank of America, N.A.*, No. 2:21-cv-00319 (E.D. Cal. filed Feb. 18, 2021) ("*Wiggins*").

[3] *Wood v. Bank of America, N.A.*, No. 2:21-cv-01929 (C.D. Cal. filed March 2, 2021) ("*Wood*"); *Verdun v. Bank of America, N.A.*, No. 2:21-cv-04494 (C.D. Cal. filed May 28, 2021) ("*Verdun*"); *Alvarez v. Bank of America, N.A.*, No. 2:21-cv-004643 (C.D. Cal. filed June 7, 2021) ("*Alvarez*"); *Hart v. Bank of America, N.A.*, No. 2:21-cv-04678 (C.D. Cal. filed June 8, 2021) ("*Hart*"); *Meza v. Bank of America, N.A.*, No. 3:21-cv-00484 (S.D. Cal. filed March 19, 2021) ("*Meza*"); *Brotman v. Bank of America, N.A.*, No. 3:21-cv-00520 (S.D. Cal. filed March 24, 2021) ("*Brotman*"); *Robinson v. Bank of America, N.A.*, No. 3:21-cv-00541 (S.D. Cal. filed March 29, 2021) ("*Robinson*"); *Morrell v. Bank of America, N.A.*, No. 3:21-cv-00542 (S.D. Cal. filed March 29, 2021) ("*Morrell*"); *Lawrence v. Bank of America, N.A.*, No. 3:21-cv-00597 (S.D. Cal. filed April 6, 2021) ("*Lawrence*"); *Payton v. Bank of America, N.A.*, No. 3:21-cv-00644 (S.D. Cal. filed April 13, 2021) ("*Payton*"); *Talia v. Bank of America, N.A.*, No. 3:21-cv-00676 (S.D. Cal. filed April 5, 2021) ("*Talia*"); *Rojas de Charolet v. Bank of America, N.A.*, No. 3:21-cv-00925 (S.D. Cal. filed May 14, 2021) ("*Rojas de Charolet*"); *Abarr et al. v. Bank of America, N.A.*, No. 3:21-cv-01203-BEN-AGS (S.D. Cal. filed July 1, 2021) ("*Abarr*").

1    On March 29, 2021, the district court consolidated the eight related Northern

2    District actions into *Yick* for all purposes, ordered that "[t]he other cases will be

3    terminated," and appointed Cotchett, Pitre & McCarthy, LLP, and Altshuler Berzon

4    LLP as Interim Co-Lead Counsel. *Yick*, Dkt. No. 60.

5    On April 1, 2021, Plaintiffs in *Yick* filed a Consolidated Class Action

6    Complaint with fifteen named plaintiffs (*id.*, Dkt. No. 63) and filed a Motion for

7    Preliminary Injunction and Provisional Class Certification (*id.*, Dkt. No. 64).

8    On May 17, 2021, the district court in *Yick* issued an Order Re Preliminary

9    Injunction in which it held that Plaintiffs "have demonstrated a strong likelihood of

10   success" on claims for violation of the federal Electronic Funds Transfers Act, for

11   violations of California's Unfair Competition Law, and for breach of contract; that

12   Plaintiffs had shown irreparable injury; and that provisional class certification was

13   warranted. *Id.*, Dkt. No. 89. The district court ordered the parties to meet and confer

14   regarding the appropriate scope of a preliminary injunction. *Id.*

15   On June 1, 2021, after the *Yick* parties engaged in an extensive meet-and-

16   confer process, including a two-day settlement conference before U.S. Magistrate

17   Judge Sallie Kim, the district court entered the parties' joint submission as a

18   Preliminary Injunction. *Id.*, Dkt. Nos. 101, 103.

19   On June 4, 2021, the JPML transferred the related class actions and four of

20   the related individual actions (*Wood*, *Hart*, *Alvarez*, and *Verdun*) to this Court for

21

coordinated or consolidated pretrial proceedings. *See in re Bank of America California Unemployment Benefits Litig.*, Lead Case No. 21-md-02992-LAB-MSB (S.D. Cal.), Dkt. No. 1. Since then, seven individual actions originally filed in the Southern District of California (*Meza*, *Brotman*, *Robinson*, *Morrell*, *Payton*, *Talia*, and *Charolet*) have been transferred to this Court and *Lawrence* and *Wood* were voluntarily dismissed. *Abarr*, which was filed on July 1, 2021, is currently assigned to Judge Whelan and Magistrate Judge Schopler.

On June 15, 2021, this Court set a status conference for July 19, 2021, and stayed all deadlines, all discovery, and all motion practice until after entry of a case management order. *Id.*, Dkt. No. 16.

## II.    Parties' Recent Meet-and-Confer Efforts

Since the transfer order, Interim Co-Lead Counsel for Plaintiffs and the Proposed Class in the consolidated *Yick* matter ("Interim Co-Lead Counsel in *Yick*") have been meeting and conferring with plaintiffs' counsel in the Central and Eastern District class actions (i.e., *Zoelle, Smith*, and *Wiggins*), as well as with all counsel in the Northern District class actions, regarding organizational structure and other matters relevant to the litigation. As a result of these efforts, the Class Action Plaintiffs have reached agreement on the proposed organizational structure set forth in Section III.A below.

1    On June 29, July 1, and July 6, 2021, Interim Co-Lead Counsel in *Yick* met and

2    conferred with counsel for the eleven individual actions regarding coordinating the

3    individual and class actions in this MDL and reached agreement as set forth in

4    Section III.C below.

5    On June 24 and July 2, 2021, Interim Co-Lead Counsel in *Yick* met and

6    conferred with counsel for Defendant Bank of America, N.A., about the items listed

7    in the Court's June 15 Order and other matters concerning the efficient conduct of

8    this MDL.

9    **III.    Responses to the Court's Order Setting Status Conference**

10   **A.    Proposed Organizational Structure**

11   All Class Action Plaintiffs agree that the Class Actions should be

12   consolidated for pretrial purposes with the following organizational structure:

13   (1) appointment of Interim Co-Lead Counsel in *Yick*, Cotchett, Pitre &

14   McCarthy, LLP ("CPM") and Altshuler Berzon LLP ("Altshuler"), as Interim

15   Co-Lead Counsel for Class Action Plaintiffs and the proposed class; and

16   (2) appointment of Casey Gerry Schenk Francavilla Blatt & Penfield LLP

17   ("Casey Gerry"), counsel for plaintiff Carlos Rodriguez in the consolidated

18   *Yick* matter, as Interim Liaison Counsel.

19   Class Action Plaintiffs propose that, under this proposed structure, Interim

20   Co-Lead Counsel CPM and Altshuler would be responsible for: (a) determining the

21

1   litigation strategy on behalf of Class Action Plaintiffs; (b) promoting the orderly

2   and efficient conduct of this litigation and avoiding unnecessary duplication and

3   unproductive efforts; (c) acting as spokesperson (either personally or by designee)

4   for the Plaintiff class at pretrial conferences; (d) delegating work responsibilities;

5   (e) entering into stipulations (either personally or by designee) necessary for the

6   conduct of the litigation with opposing counsel; and (f) communicating with

7   Defendant's counsel and the Court on behalf of Class Action Plaintiffs and the

8   class. Class Action Plaintiffs further propose that Defendant's counsel may rely on

9   all agreements made with Interim Co-Lead Counsel, and that no Class Action

10  plaintiff may make any request for or response to discovery, initiate or file any

11  other pretrial or trial proceedings, or respond to any dispositive motion or response

12  to any dispositive motion, except through Interim Co-Lead Counsel.

13          Under the proposal, Interim Liaison Counsel Casey Gerry would have the

14  following responsibilities: (a) working with Interim Co-Lead Counsel to delegate

15  work responsibilities to other Class Action Plaintiffs' counsel in a fair and orderly

16  manner; (b) monitoring the activities of all Class Action Plaintiffs' counsel to

17  ensure that Class Action Plaintiffs' pretrial preparation is conducted effectively,

18  efficiently, and economically, that schedules are met, and that unnecessary

19  expenditures of time and expense are avoided; (c) being available for

20  communications to and from this Court, including by distributing orders and other

21

1   directions from the Court to counsel; (d) providing Class Action Plaintiffs' counsel

2   (as required by applicable Court rules) with the local rules, standing orders, and

3   guidelines of the U.S. District Court for the Southern District of California, and any

4   other judge's rules and standing orders of the Court, and ensuring that any updates

5   and changes to the local rules, standing orders, and guidelines of this District or the

6   Court are timely communicated to counsel as needed; (e) working with all Class

7   Action Plaintiffs' counsel where it is appropriate and relevant to their

8   responsibilities; (f) creating and maintaining a master service list of all Class Action

9   Parties and their respective counsel, and promptly advising the Court and

10  Defendant's counsel of any changes to the same; (g) distributing to counsel, as

11  appropriate, any orders, notices, and correspondence from the Court that are not

12  electronically filed, as well as any discovery, pleadings, correspondence, or other

13  documents from Defendant's counsel that are not electronically filed; (h) obtaining

14  and maintaining time records for Class Action Plaintiffs' counsel, and preparing

15  and submitting related reports to the Court as requested; (i) communicating with the

16  Court as delegated by Interim Co-Lead Counsel; and (j) participating in any

17  settlement conferences together with Interim Co-Lead Counsel.

18      **B.      Filing of a Master Consolidated Class Action Complaint**

19          Class Action Plaintiffs believe that efficiency will be served if the Class

20  Actions, including any tag-along class actions that may be subsequently filed in or

21

---

1  transferred to this Court, are consolidated for pretrial purposes pursuant to Rule 42(a)

2  of the Federal Rules of Civil Procedure. The Class Action Parties further propose that

3  a Master Consolidated Class Action Complaint be filed within fourteen (14) days

4  after the Court enters the case management order ("CMO").

5       **C.    Coordination with Individual Actions**

6       After meeting and conferring, Interim Co-Lead Counsel in *Yick* and counsel

7  for the eleven individual actions that are currently pending (*Meza*, *Brotman*,

8  *Robinson*, *Morrell*, *Payton*, *Talia*, *Charolet, Abarr, Hart, Verdun* and *Alvarez*) agree

9  that the plaintiffs in the individual actions will be bound by the Court's legal

10  determinations regarding causes of action that are asserted in the consolidated class

11  action.  Counsel further agree that, with the exception of discovery relating to the

12  specific records of the individual plaintiffs at Bank of America, all discovery requests

13  and depositions will be made by and through interim co-lead counsel for the Class

14  Action Plaintiffs in coordination with counsel for the individual plaintiffs.

15      **D.    Content and Timing for Submission of a Proposed CMO**

16      Class Action Plaintiffs respectfully suggest that the parties jointly submit a

17  proposed CMO within seven (7) days after the July 19 Status Conference and that

18  the proposed CMO provide, in addition to the matters set forth in Civil Local Rule

19  16.1(d), the following:

20

21

(a) consolidation for pretrial purposes of the pending class actions (i.e., the consolidated *Yick* action together with *Zoelle*, *Smith*, and *Wiggins*) and any tag-along class actions that may be subsequently filed in or transferred to this Court;

(b) appointment of the organizational structure proposed herein by Class Action Plaintiffs;

(c) that the Clerk of the Court administratively close the eight class actions previously consolidated for all purposes into *Yick*;

(d) that Defendant is not required to answer or otherwise respond to the current complaints in any of the Class Actions, or in any tag-along class actions that the JPML may transfer to this Court;

(e) that Class Action Plaintiffs shall file a Master Consolidated Class Action Complaint within fourteen (14) days after entry of the CMO; and

(f) a schedule for resolution of future dispositive motions, as set forth below.

**E.     Proposed Schedule for Resolution of Future Dispositive Motions**

Class Action Plaintiffs allege that Defendant engaged in practices that unlawfully deprived class members of statutory, constitutional, and common law rights under state and federal law, including their right to unemployment insurance and other benefits. In the consolidated *Yick* matter in the Northern District, Plaintiffs successfully moved for provisional class certification and obtained a

preliminary injunction on behalf of plaintiffs and the provisionally certified class. On May 17, 2021, the Parties in *Yick* held their Rule 26(f) conference. On May 18, 2021, the district court ordered that "[d]iscovery may proceed in the case immediately." *Yick* Dkt. No. 93. On June 9, 2021, Interim Co-Lead Counsel in *Yick* served written discovery on Defendant. On June 15, 2021, this Court stayed all discovery and deadlines in this matter until after entry of the CMO.

Class Action Plaintiffs propose the following schedule:

| EVENT | DATE |
|---|---|
| MCCAC Filed | 14 days after CMO |
| Motion to Dismiss MCCAC Filed | 30 days after filing of MCCAC |
| MTD Opposition | 30 days after filing of MTD |
| Reply ISO MTD | 20 days after filing of Opposition |
| Close of Fact Discovery | 02/25/2022 |
| Close of Expert Discovery | 03/25/2022 |
| Motion for Class Certification Filed | 04/22/2022 |
| Motions for Summary Judgment Filed | 07/22/2022 |

**IV.   Proposed Agenda Items for the July 19 Status Conference**

Class Action Plaintiffs propose the following agenda items for the July 19, 2021 Status Conference:

1. Proposed Organizational Structure for the Class Actions:

   a.   Whether the Court should appoint Cotchett, Pitre & McCarthy, LLP ("CPM") and Altshuler Berzon LLP ("Altshuler"), as Interim Co-Lead Counsel for Class Action Plaintiffs and the proposed class;

   b.   Whether the Court should appoint Casey Gerry Schenk Francavilla Blatt & Penfield LLP, counsel for plaintiff Carlos Rodriguez in the consolidated *Yick* matter, as Interim Liaison Counsel

2. Administrative closing of eight cases previously consolidated into *Yick.*

3. Consolidation of Class Actions for pretrial purposes.

4. Filing of a Master Consolidated Class Action Complaint.

5. Schedule for motion to dismiss the MCCAC.

6. Discovery.

7. Case Schedule.

8. Coordination of Class Actions with individual actions.

1   Respectfully submitted,

2   Dated:  July 6, 2021              **COTCHETT, PITRE & McCARTHY, LLP**

3                                     By:   /s/ *Brian Danitz*
                                           JOSEPH W. COTCHETT
4                                          BRIAN DANITZ
                                           KARIN B. SWOPE
5                                          ANDREW F. KIRTLEY

6                                          *Interim Co-Lead Counsel for Plaintiffs*
                                           *and the Proposed Class in Yick v. Bank of*
7                                          *America, N.A., No. 3:21-cv-01092-LAB*

8   Dated:  July 6, 2021              **ALTSHULER BERZON LLP**

9                                     By:   /s/ *Michael Rubin*
                                           MICHAEL RUBIN
                                           STACEY M. LEYTON
10                                         MATTHEW MURRAY
                                           CONNIE K. CHAN
11

12                                         *Interim Co-Lead Counsel for Plaintiffs*
                                           *and the Proposed Class in Yick v. Bank of*
13                                         *America, N.A., No. 3:21-cv-01092-LAB*

14  Dated:  July 6, 2021              **CASEY GERRY SCHENK**
                                      **FRANCAVILLA BLATT & PENFIELD**
15                                    **LLP**

16                                    By:   /s/ *David S. Casey*
                                           DAVID S. CASEY JR.
17                                         GAYLE M. BLATT

18                                    **MORGAN & MORGAN**
                                           JEAN S. MARTIN
19
                                           *Attorneys for Plaintiff Carlos Rodriguez*
20                                         *in Yick v. Bank of America, N.A., No.*
                                           *3:21-cv-01092-LAB, and Proposed*
21                                         *Interim Liaison Counsel*

---

Class Action Plaintiffs' Status Conference Statement; Proposed Agenda                    12
Case No. 3:21-md-2992-LAB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

Dated:  July 6, 2021                    **HAMNER LAW OFFICES, APLC**

                                        By:   /s/ *Christopher J. Hamner*
                                             CHRISTOPHER J. HAMNER
                                             EVELINA M. SERAFINI

                                        *Attorneys for Plaintiffs Jory Zoelle,*
                                        *Cindy Baker, and Ursula Auburn in*
                                        *Zoelle v. Bank of America, N.A., No.*
                                        *3:21-cv-01097-LAB*

Dated:  July 6, 2021                    **GARDNER, JANES, NAKKEN, HUGO &**
                                        **NOLAN**

                                        By:   /s/ *James V. Nolan*
                                             JAMES V. NOLAN

                                        *Attorneys for Plaintiff Brian Wiggins in*
                                        *Wiggins v. Bank of America, N.A., No.*
                                        *3:21-cv-01084-LAB*

Dated:  July 6, 2021                    **PEARSON, SIMON, WARSHAW &**
                                        **PENNY, LLP**

                                        By:   /s/ *Daniel L. Warchaw*
                                             DANIEL L. WARSHAW
                                             BOBBY POUYA

                                        **BOUCHER LLP**
                                             RAYMOND  P. BOUCHER

                                        *Attorneys for Plaintiffs Jonathan Smith*
                                        *and Alex Yuan in Smith v. Bank of*
                                        *America, N.A., No. 3:21-cv-01137-LAB*

1   Dated:  July 6, 2021                          **SCHACK LAW GROUP**

2                                               By:   /s/ Natasha N. Sereno
                                                    NATASHA N. SERINO
3                                                   SHANNON F. NOCON

4                                                   *Attorneys for Plaintiff J. Michael*
                                                    *Willrich in Yick v. Bank of America,*
5                                                   *N.A., No. 3:21-cv-01092-LAB*

6
    Dated:  July 6, 2021                          **BOTTINI & BOTTINI, INC.**
7
                                                By:   *Francis A. Bottini, Jr.*
8                                                   FRANCIS A. BOTTINI, JR.
                                                    ANNE B. BESTE
9                                                   ALBERT Y. CHANG
                                                    YURY A. KOLESNIKOV
10
                                                    *Attorneys for Plaintiff Lindsay McClure*
11                                                  *in Yick v. Bank of America, N.A., No.*
                                                    *3:21-cv-01092-LAB*
12

13  Dated:  July 6, 2021                          **KNOX RICKSEN LLP**

14                                              By:   /s/ Thomas E. Fraysse
                                                    THOMAS E. FRAYSSE
15                                                  MAISIE C. SOKOLOVE
                                                    AMANDA M. PLOWMAN
16
                                                    *Attorneys for Plaintiff Robert L. Wilson*
17                                                  *in Yick v. Bank of America, N.A., No.*
                                                    *3:21-cv-01092-LAB*
18

19

20

21

1    Dated:  July 6, 2021                    **ANDERLINI & McSWEENEY LLP**

2                                            By:   /s/ *P. Terry Anderlini*
                                                  P. TERRY ANDERLINI
3                                                 JOSEPH M. GOETHALS
                                                  JACKSON D. MORGUS
4
                                                  *Attorneys for Plaintiff*
5                                                 *Christopher Mosson in Yick v. Bank of*
                                                  *America, N.A., No. 3:21-cv-01092-LAB*
6

7    Dated:  July 6, 2021                    **MARY ALEXANDER & ASSOCIATES,**
                                             **P.C.**
8

9                                            By:   /s/ *Mary E. Alexander*
                                                  MARY E. ALEXANDER
10                                                BRENDAN D.S. WAY
                                                  ARIN R. SCAPA
11                                                CATALINA S. MUÑOZ

12                                                *Attorneys for Plaintiff Clara Cajas in*
                                                  *Yick v. Bank of America, N.A., No. 3:21-*
13                                                *cv-01092-LAB*

14

15

16

17

18

19

20

21

---

1

## ATTESTATION OF E-FILED SIGNATURE

2

3

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Brian Danitz, hereby certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained counsel's authorization to affix his electronic signature to this document.

4

5

6
_/s/ Brian Danitz_
BRIAN DANITZ

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21