# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

IN RE: BANK OF AMERICA
CALIFORNIA UNEMPLOYMENT
BENEFITS LITIGATION

Case No. 21-md-02992-LAB

**ORDER SETTING STATUS CONFERENCE AGENDA**

The Court has reviewed the parties' status reports and sets the following agenda for the July 19, 2021 status conference in this matter:

1) Consolidation of actions for pretrial purposes, including whether the individual actions and class actions should be part of a single consolidated complaint;

    a. If the individual and class actions are to be separated, counsel's proposed handling of the individual actions and Bank of America's responses in those actions;

2) Plaintiffs' proposed organizational structure for the class actions;

3) Administrative closure of the cases consolidated into the *Yick* action;

4) Filing of a consolidated complaint and the schedule for responses thereto;

5) Discovery, including whether the discovery stay should remain in place

and whether the Court should follow CivLR 16.1's timeline for the Case Management Conference and Case Management Order; and

6) Inclusion of the Employment Development Department as a defendant.

**IT IS SO ORDERED.**

Dated: July 14, 2021

Hon. Larry Alan Burns
United States District Judge