1  JAMES W. MCGARRY (*pro hac vice*)
   JMcGarry@goodwinlaw.com
2  YVONNE W. CHAN (*pro hac vice*)
   YChan@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   100 Northern Avenue
4  Boston, MA  02210
   Tel.: +1 617 570 1000
5  Fax: +1 617 523 1231

6  Attorneys for Defendant
7  BANK OF AMERICA, N.A.

8  [*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

9

10              **UNITED STATES DISTRICT COURT**

11            **SOUTHERN DISTRICT OF CALIFORNIA –**

12                    **SAN DIEGO DIVISION**

| | |
|---|---|
| 13  IN RE: BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION | Case No. 21-MD-02992-LAB-MSB  **DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS MASTER CONSOLIDATED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**  Date:   January 10, 2022 Time:   11:30 a.m. Ctrm:   14A – 14th Floor Judge:  Hon. Larry Alan Burns  Filed/Lodged Concurrently with: 1. Memorandum 2. Request for Judicial Notice 3. Declaration of Robert Chestnut 4. Declaration of Shane Daniels 5. [Proposed] Order |

# NOTICE OF MOTION AND MOTION

## TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 10, 2022 at 11:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 14A, 14th Floor, of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California, before the Honorable Judge Larry Alan Burns, Defendant Bank of America, N.A., will, and hereby does, move to dismiss the Master Consolidated Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice, the Declaration of Robert Chestnut, the Declaration of Shane Daniels, all papers from this case on file with the Court, all other matters of which the Court may take judicial notice, any further evidence or argument offered to the Court at the hearing on this Motion, and any other evidence and argument the Court may consider.

Dated:   October 1, 2021            Respectfully submitted,

By:   *s/ Yvonne W. Chan*
LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 South Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

JAMES W. MCGARRY (*pro hac vice*)
*JMcGarry@goodwinlaw.com*
YVONNE W. CHAN (*pro hac vice*)
*YChan@goodwinlaw.com*
**GOODWIN PROCTER** LLP
100 Northern Avenue
Boston, MA  02210
Tel.: +1 617 570 1000
Fax: +1 617 523 1231

1

THOMAS M. HEFFERON (*pro hac vice*)
THefferon@goodwinlaw.com
**GOODWIN PROCTER** LLP
1900 N St. NW
Washington, DC 20036
Tel: +1 202 346 4000
Fax: +1 202 346 4444

JANICE P. BROWN (SBN 114433)
*jbrown@myersnave.com*
ARLENE R. YANG (SBN 297450)
*ayang@myersnave.com*
**MEYERS NAVE**
600 B Street, Suite 1650
San Diego, CA 92101

BARRY W. LEE (SBN 088685)
*bwlee@manatt.com*
**MANATT PHELPS & PHILLIPS LLP**
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Tel.: +1 415 291 7450
Fax: +1 415 291 7474

Attorneys for Defendant
BANK OF AMERICA, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the clerk of the court for the United States District Court for the Southern District of California by using the CM/ECF system on October 1, 2021. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.


Executed:   October 1, 2021                    s/ *Yvonne W. Chan*
                                               Yvonne W. Chan