JAMES W. MCGARRY (*pro hac vice*)
JMcGarry@goodwinlaw.com
YVONNE W. CHAN (*pro hac vice*)
YChan@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570 1000
Fax: +1 617 523 1231

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA –

## SAN DIEGO DIVISION

| | |
|---|---|
| IN RE: BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION | Case No. 21-MD-02992-LAB-MSB<br><br>**DECLARATION OF ROBERT CHESTNUT IN SUPPORT OF DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS MASTER CONSOLIDATED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**<br><br>Date: January 10, 2022<br>Time: 11:30 a.m.<br>Ctrm: 14A – 14th Floor<br>Judge: Hon. Larry Alan Burns<br><br>Filed/Lodged Concurrently with:<br>1. Notice of Motion & Motion<br>2. Memorandum<br>3. Request for Judicial Notice<br>4. Declaration of Shane Daniels<br>5. [Proposed] Order |

I, Robert Chestnut, declare as follows:

1. I am employed by Bank of America, N.A. ("BANA"). One of my responsibilities at BANA is oversight of the California Employment Development Department ("EDD") prepaid card account.

2. I make this declaration based upon personal knowledge and belief, upon BANA's records maintained in the ordinary course and scope of business, and upon information gathered from other BANA employees. If called to testify as to any of the matters set forth in this declaration, I could and would competently testify thereto.

3. A true and correct copy of the Account Agreement between BANA and each EDD cardholder is attached hereto as Exhibit 1.

4. A true and correct copy of excerpts of the agreement between BANA and EDD currently in effect is attached hereto as Exhibit 2.

5. A true and correct copy of an August 24, 2020 Letter Agreement between BANA and EDD is attached hereto as Exhibit 3.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 29 day of April, 2021.

By: *[signature]*
ROBERT CHESTNUT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Robert Chestnut, and that I have obtained Mr. Chestnut's electronic signature in the filing of this document.

Dated:     October 1, 2021            *s/ Yvonne W. Chan*
                                       Yvonne W. Chan