# TABLE OF EXHIBITS TO THE DECLARATION OF
# ROBERT CHESTNUT

| EX. NO. | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Account Agreement between BANA and EDD cardholders | 3-4 |
| 2 | Excerpts of the Agreement between BANA and EDD | 5-11 |
| 3 | August 24, 2020 Letter Agreement between BANA and EDD | 12-16 |