# Exhibit 2

STATE OF CALIFORNIA
**STANDARD AGREEMENT**
STD 213 (Rev 06/03)

Cleared CSG SC
Dist EDEC 10/14/15

| AGREEMENT NUMBER |
|---|
| M6100352 |
| REGISTRATION NUMBER |

1. This Agreement is entered into between the State Agency and the Contractor named below:

   STATE AGENCY'S NAME
   Employment Development Department

   CONTRACTOR'S NAME
   Bank of America, NA

2. The term of this Agreement is: 8/1/2016 through 7/31/2021, or five (5) years from final approval. In addition, EDD has the option to renew for two (2) additional two (2) year terms.

3. The maximum amount of this Agreement is: $0.00 No Dollars No Cents. The contract is no cost for the EDD. The Contractor is to provide revenue shares to the EDD in accordance with Attachment VI.1 of their Proposal.

4. The parties agree to comply with the terms and conditions of the following exhibits which are by this reference made a part of the Agreement.

   | | |
   |---|---|
   | Exhibit A – Scope of Work | 2 Pages |
   | Exhibit B * – General Terms and Conditions | GTC 610 |
   | Exhibit C – Request for Proposal (RFP) #65466 (Incorporated by reference) | |
   | Exhibit D – Bank of America's response to RFP 65466 (Incorporated by reference) | |
   | Exhibit E - Confidentiality Requirements | 3 Pages |

Items shown with an Asterisk (*), are hereby incorporated by reference and made part of this agreement as if attached hereto. These documents can be viewed at http://www.dgs.ca.gov/ols/Resources/StandardContractLanguage.aspx

IN WITNESS WHEREOF, this Agreement has been executed by the parties hereto.

**CONTRACTOR**

CONTRACTOR'S NAME (if other than an individual, state whether a corporation, partnership, etc.)
Bank of America, NA

BY (Authorized Signature)
[signature]

DATE SIGNED (Do not type)
10/13/2015

PRINTED NAME AND TITLE OF PERSON SIGNING
Dawn Haddock, Director, Senior Treasury Solutions Officer

ADDRESS
555 Capitol Mall, Suite 765
Sacramento, CA 95814-4503

**STATE OF CALIFORNIA**

AGENCY NAME
Employment Development Department

BY (Authorized Signature)
[signature]

DATE SIGNED (Do not type)
10/13/15

PRINTED NAME AND TITLE OF PERSON SIGNING
Xochitl Montano, Manager, Contract Services Group

ADDRESS
800 Capitol Mall, MIC 62-C, Sacramento, CA 95814

**California Department of General Services Use Only**

☒ Exempt per:
DGS Exemption Letter No. 54.4

EXHIBIT 2
5

EDD Contract No. M6100352
EDD/Bank of America
Page 1 of 2

**EXHIBIT A**

**SCOPE OF WORK**

1. This Agreement is entered into by and between the Employment Development Department, hereinafter referred to as EDD, and Bank of America, hereinafter referred to as Contractor, and is for the purpose of the Contractor establishing, operating and maintaining a comprehensive Electronic Benefit Payment (EBP) service for the EDD.

2. The project representatives during the term of this agreement shall be:

   **Employment Development Department**           **Bank of America**

   Cindy Kakutani                                  Dawn Haddock
   Information Technology Branch                   Director, Senior Treasury Sales Officer
   751 N Street, Solar 4                           555 Capitol Mall
   Sacramento, CA 95814                            Sacramento, CA 95814
   (916) 654-9217                                  (916) 326-7825

   Natalie Mack
   Disability Insurance Branch
   800 Capitol Mall, MIC 29
   Sacramento, CA 95814
   (916) 654-7723

   Regina Luster-Shaw
   Disability Insurance Branch
   800 Capitol Mall, MIC 29
   Sacramento, CA 95814
   (916) 657-3984

   Michael Greenlow
   Unemployment Insurance Branch
   800 Capitol Mall, MIC 1
   Sacramento, CA 95814
   (916) 651-6187

3. The services shall be provided in accordance with the following sections of the RFP and the Contractor's response to EDD's Request for Proposal #65466:

   a. Section IV, Administrative Requirements, including Attachment IV.3, Staff Roles and Qualifications Matrix; Attachment IV.8, Employee Confidentiality Statement and IV-9, Indemnity Agreement.

   b. Section V, EBP Service Requirements, including Attachment V.1, Statement of Work; Attachment V.2, Statement of Work EBP Service Requirements and V.3, Fee Schedule.

EXHIBIT 2
6

## EXHIBIT A

   c. Section VI, Revenue Share Model, including VI.1, Revenue Share.

   d. Exhibit B, Confidentiality Requirements.

EXHIBIT 2

7



# Electronic Benefit Payments (EBP)

## REQUEST FOR PROPOSAL (RFP)

### EDD RFP #65466
### Addendum 9
### ~~April 21, 2015~~
### August 14, 2015

### State of California



**Employment Development Department
800 Capitol Mall
Sacramento, CA  95814**

EXHIBIT 2
8

| REQ # | DESCRIPTION | CONTRACTOR AGREES (Y/N/) | COMMENT |
|---|---|---|---|
| 319 | The Contractor shall allow cardholders to change their PINs/passwords. | | |
| 320 | The Contractor shall not limit the number of times cardholders may change their PINs. | | |
| 321 | The Contractor shall not place a limit on the number of replacement cards that may be issued to a cardholder. | | |
| 322 | The Contractor shall send cardholders new and replacement debit cards using no less than U.S. Postal Service First-Class mail. | | |
| 323 | The debit card shall contain no less than an ISO 7811-compliant high coercivity magnetic strip. | | |
| 324 | The Contractor shall allow only one (1) active profile per claimant. | | |
| 325 | The Contractor shall provide debit cards for each claimant or their authorized representative/heir in accordance with common commercial standards for Visa or MasterCard-branded cards. | | |
| 326 | The Contractor shall follow standard commercial practices for debit card PIN specifications in conformance with federal and state laws, rules and regulations. | | |
| 327 | The Contractor shall have in-network (non-surcharge) ATMs available for use by the cardholder in California and nationally outside of California. | | |
| 328 | The Contractor shall conduct claimant outreach in California Metropolitan Statistical Areas (MSA) affected by a permanent ATM decrease of 5% or more. | | |
| 329 | Contractor shall facilitate the following disbursement options:<br>• Prepaid Debit card<br>• Direct Deposit Transfer (until direct deposit option is established<br>• Direct Deposit | | |
| 330 | Until direct deposit is implemented, the Contractor shall provide claimants the option of receiving benefits by prepaid debit card, or transferring all or any portion of their benefit payments from their debit card to their existing bank accounts at no cost to the claimants. | | |

EXHIBIT 2
9




# Connecting California to Infinite Possibilities

Response to State of California Electronic Benefits Payments | Solicitation RFP No. 65466

Volume I – EBP Service Proposal | MASTER COPY

Submitted by:

| | | |
|---|---|---|
| Dawn Haddock | Jonathan Millard | Sabrina Clark |
| Director, Sr. Treasury Sales Officer | SVP, Market Leader | VP, Project Manager |
| 916.326.7825 | 415.913.2834 | 916.730.2948 |
| dawn.e.haddock@baml.com | jonathan.millard@baml.com | sabrina.clark@bankofamerica.com |

August 21, 2015



Bank of America Merrill Lynch



EXHIBIT 2
10

| REQ # | DESCRIPTION | CONTRACTOR AGREES (Y/N/) | COMMENT |
|---|---|---|---|
|  | PINs/passwords. |  |  |
| 320 | The Contractor shall not limit the number of times cardholders may change their PINs. | Y |  |
| 321 | The Contractor shall not place a limit on the number of replacement cards that may be issued to a cardholder. | Y |  |
| 322 | The Contractor shall send cardholders new and replacement debit cards using no less than U.S. Postal Service First-Class mail. | Y |  |
| 323 | The debit card shall contain no less than an ISO 7811-compliant high coercivity magnetic strip. | Y |  |
| 324 | The Contractor shall allow only one (1) active profile per claimant. | Y |  |
| 325 | The Contractor shall provide debit cards for each claimant or their authorized representative/heir in accordance with common commercial standards for Visa or MasterCard-branded cards. | Y |  |
| 326 | The Contractor shall follow standard commercial practices for debit card PIN specifications in conformance with federal and state laws, rules and regulations. | Y |  |
| 327 | The Contractor shall have in-network (non- surcharge) ATMs available for use by the cardholder in California and nationally outside of California. | Y |  |
| 328 | The Contractor shall conduct claimant outreach in California Metropolitan Statistical Areas (MSA) affected by a permanent ATM decrease of 5% or more. | Y |  |
| 329 | Contractor shall facilitate the following<br>• disbursement options:<br>• Prepaid Debit card<br>• Direct Deposit Transfer (until direct deposit option is established<br>• Direct Deposit | Y |  |
| 330 | Until direct deposit is implemented, the Contractor shall provide claimants the option of receiving benefits by prepaid debit card, or transferring all or any portion of their benefit payments from their debit card to their existing bank accounts at no cost to the claimants. | Y |  |
| 331 | The Contractor shall provide claimants who elect direct deposit transfer with a way to track deposits transfers to their account via the Contractor's website and via calls to Contractor's customer service call center. | Y |  |
| 332 | Until direct deposit is available, the Contractor shall allow claimants to change their payment disbursement type from | Y |  |

EXHIBIT 2
11