# Exhibit 3

**BANK OF AMERICA**

Dawn Haddock
Senior Client Manager

Public Sector Banking
555 Capitol Mall, Suite 765
Sacramento, CA 95814
T 916.326.7825   M 480.287.1848
dawn.e.haddock@BofA.com

August 24, 2020

Sandra Mendes
Contracts Division Chief
Employment Development Department
State of California
800 Capitol Mall
Sacramento, CA 95814

Attn: Sandra Mendes

This Letter Agreement (this "**Letter**") is made by the State of California Employment Development Department (the "**EDD**") and Bank of America, N.A. (the "**Bank**") in reference to EDD Agreement Number M6100352 (as amended, the "**Agreement**"). This Letter is effective August 24, 2020 ("**Effective Date**").

The EDD and Bank agree as follows.

1. <u>Temporary Modifications</u>. From the Effective Date through June 30, 2021 (as such period may be extended by the parties hereto in writing (email is sufficient)):

    a. Any failure of the Bank to perform any of the obligations under the Agreement listed in **<u>Appendix 1</u>** hereto will be excused if such failure occurs despite the Bank's use of efforts that are commercially reasonable in the context of the COVID-19 pandemic.

    b. Certain accommodations to the Agreement requirements as listed in **<u>Appendix 2</u>** hereto shall apply.

    c. The Bank's obligation to produce cards (for newly created accounts and re-issued cards for existing accounts) for UI and SDI benefits, inclusive, per business day, is a maximum of 50,000 cards; provided that the Bank may issue additional cards.

    For clarity, the waivers in this Section 1 are for events occurring during the time period running from the Effective Date through June 30, 2021.

2. <u>Events Prior to the Effective Date</u>. The EDD waives any remedies it has under the Agreement with respect to any failure of the Bank to have met any specific obligations or service levels under the Agreement (despite exercising commercially reasonable efforts to meet them amidst the COVID-19 pandemic conditions) during the period from March 16, 2020 through the **Effective Date.**

EXHIBIT 3
12

**BANK OF AMERICA**

Dawn Haddock
Senior Client Manager

This Letter may be executed in counterparts.

| State of California Employment Development Department | Bank of America, N.A. |
|---|---|
| *SMendes* | *[signature]* |
| (Signature) | (Signature) |
| Sandy Mendes | Dawn Haddock |
| (Print Name) | (Print Name) |
| BOPSD Chief | Senior Client Manager |
| (Print Title) | (Print Title) |

EXHIBIT 3
13

**Appendix 1**

| Requirement Number | Requirement |
|---|---|
| 36 | The Contractor shall allow the EDD 15 working days for the review and approval of all artifacts developed by the Contractor in completion of these requirements. |
| 40 | The Contractor's administrative application shall, on average, process and respond to 98 percent of administrative inquiries within two (2) seconds and 100 percent of administrative inquiries, on average, within five (5) seconds, on a monthly basis. |
| 156 | The Contractor shall provide the EDD a service capacity and performance data report on a weekly basis in accordance with an approved DED. This report shall include at a minimum: IVR capacity, call center capacity, website capacity, transaction processing platform capacity |
| 171 | The Contractor shall develop, provide and maintain IVR documentation for the EDD approved scripts. |
| 174 | The Contractor shall provide to the EDD an updated EDD Customer Service Manual within 30 days from the date of any change to the EBP service. |
| 181 | The Contractor shall have the ability to process records 30% above highest production peak workload during the term of the contract. |
| 202 | The Contractor's blocked IVR calls shall be less than 5% of total calls on a monthly average. |
| 203 | The Contractor shall ensure that no call is transferred to voicemail or automatically disconnected from the queue. |
| 204 | The Contractor shall ensure that calls are not immediately placed on hold. A call immediately placed on hold when answered by a CSR does not meet the definition of "answered." |
| 213 | The Contractor shall have a EDD approved process for handling calls that exceed the IVR call capacity. |
| 226 | The Contractor shall, limit the average wait time to speak to a live CSR to no more than 30 seconds for 70 percent of the calls, and no more than two (2) minutes for all calls. |
| 480 | The Contractor shall report time slices at least hourly, for a 24 hour period beginning at 12 am for all IVR, CSC, and Website reports. |
| 487 | As required by EDD, the Contractor shall report on the number of calls abandoned in the IVR by inquiry type (options), language type, and the IVR scripting location. |
| 490 | As required by EDD, the Contractor shall report on the number of unique Automatic Number Identifications (ANIs) and the frequency they are accessing the toll free number. |

EXHIBIT 3
14

**Appendix 2**

| Requirement Number | Requirement |
|---|---|
| 39 | The Contractor's Website shall be available seven (7) days per week, twenty-four (24) hours per day and be available and operational 99.0% of the time as described in Attachment V.2 Statement of Work – EBP Service Requirements. |
| 49 | The Contractor shall ensure scheduled maintenance to the Administrative Applications will not exceed, in aggregate, four (4) hours of down time per month; unless agreed to with the EDD. |
| 80 | The Contractor shall process payment data within six (6) hours of receipt to disburse benefit payments. |
| 82 | The Contractor shall distribute the entire benefit amount to the EDD's benefit claimants within six hours of cash settlement in the Contractor's bank account. |
| 90 | The Contractor shall transmit, within six hours of cash settlement, benefit payment data back to the EDD. |
| 92 | The Contractor shall return exception data, within six hours of receipt of the demographic data, to the EDD indicating which accounts could not be established, including the error codes describing the reasons for exceptions. |
| 98 | The Contractor shall notify the EDD within two business days of any changes to EBP services that would affect the processes and activities presented in the EDD- approved Change Management Plan. |
| 106 | All enhancements to the EBP service shall follow the EDD's approved processes. In the event of emergency enhancements to the EBP service that deviate from previously approved processes, the enhancements shall be disclosed to the EDD within two business days. |
| 164 | The Contractor shall submit to the EDD for approval, prior to release, any material associated with the EBP service that is available to the public or the EDD's claimants via the Contractor's Website. In the event of emergency changes to material that deviate from previously approved processes, the changes shall be disclosed to the EDD within two business days. |
| 169 | The Contractor shall use the EDD approved scripts for the claimant IVR. In the event of emergency changes to IVR scripts that deviate from previously approved scripts, the changes shall be disclosed to the EDD within two business days. |

EXHIBIT 3
15

| | |
|---|---|
| 170 | The Contractor shall use EDD approved scripts in the Contractor's IVR and Call Centers for unanticipated events related to EBP processes and transactions. In the event of emergency changes to IVR and Call Center scripts that deviate from previously approved scripts, the changes shall be disclosed to the EDD within two business days |
| 201 | The Contractor shall provide and maintain a U.S.- based claimant IVR that is operational seven (7) days per week, twenty-four (24) hours per day, except for routine scheduled maintenance not to exceed four (4) hours per month. |
| 224 | The Contractor shall provide and maintain a CSC seven (7) days a week, twenty-four (24) hours per day, except for routine scheduled maintenance not to exceed four (4) hours per month. |
| 225 | The Contractor shall provide and maintain a CSC seven (7) days a week, twenty-four (24) hours per day, except for routine maintenance not to exceed four (4) hours per month. |
| 274 | The Contractor shall inform the EDD within two (2) hours of the loss of any contracted services including the service(s) disrupted and estimated time of recovery. |
| 492 | As required by EDD, the Contractor shall report on the number of calls to CSRs by inquiry type (options), language type, and IVR scripting location. Inquiry type reports do not have to be overlaid with language. Reports on inquiry type and language will be separate. |
| 494 | As required by EDD, the Contractor shall report on the average wait time (Average Speed of Answer) and total wait time to speak with a CSR by language type. |
| 495 | As required by EDD, the Contractor shall report on the average and total wait time in queue before abandoning while waiting to speak to a CSR by language type. |
| 498 | As required by EDD, the Contractor shall report on the number of calls answered by the CSR without being placed in a queue by language type. |
| 499 | As required by EDD, the Contractor shall report on the number of calls deflected (no available CSRs or queues are full) by total and by language type. |
| 500 | As required by EDD, the Contractor shall report on the number of calls abandoned while in queue by language type. |

EXHIBIT 3
16