JAMES W. MCGARRY (*pro hac vice*)
JMcGarry@goodwinlaw.com
YVONNE W. CHAN (*pro hac vice*)
YChan@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570 1000
Fax: +1 617 523 1231

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA –

## SAN DIEGO DIVISION

| IN RE: BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION | Case No. 21-MD-02992-LAB-MSB |
|---|---|
| | **DECLARATION OF SHANE DANIELS IN SUPPORT OF DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS MASTER CONSOLIDATED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)** |
| | Date:      January 10, 2022<br>Time:    11:30 a.m.<br>Ctrm:   14A – 14th Floor<br>Judge:  Hon. Larry Alan Burns |
| | Filed/Lodged Concurrently with:<br>  1. Notice of Motion & Motion<br>  2. Memorandum<br>  3. Request for Judicial Notice<br>  4. Declaration of Robert Chestnut<br>  5. [Proposed] Order |

I, Shane Daniels, declare as follows:

1.     I am employed by Bank of America, N.A. ("BANA") as a Senior Vice President, Business Executive Operations for Claims Administration.  I make this declaration based upon personal knowledge and belief, upon BANA's records maintained in the ordinary course and scope of business, and upon information gathered from other BANA employees.  If called to testify as to any of the matters set forth in this declaration, I could and would competently testify thereto.

2.     In my capacity as Senior Vice President, Business Executive Operations for Claims Administration, I am familiar with BANA's practices for handling and investigating claims made by cardholders with debit cards issued by BANA for the California Employment Development Department ("EDD").  As part of my responsibilities, I routinely review and analyze account level files and claim records for EDD cards.

3.     I have reviewed BANA's claim records for a number of Plaintiffs in this case.  These records reflect that those claims have been fully paid for the following individual Plaintiffs:

a. Jennifer Meza

b. Stanley Robinson

c. Alex Yuan

d. Jory Zoelle

e. Audrey Grant

f. Brian Jones

g. Courtney Alvarez

h. Crystal Horath

i. Daniel Byrn

j. David Vasquez

k. Derrick Jabara

1    l.  Heather Morris

2    m. Idemudia John

3    n.  Janette Mouck

4    o.  Jason Turnbull

5    p.  Jonathan Aguirre

6    q.  Jonathan Sparks

7    r.  Jordan Aders

8    s.  Joseph Friend

9    t.  Joseph Magallan

10   u.  Juan Valenzuela

11   v.  Lacey Wise

12   w. Lizet Gonzalez

13   x.  Lyndsey Gutcher

14   y.  Manuel Villagomez

15   z.  Marcus De Hoyos

16   aa. Monica Garcia

17   bb. Philip Chavez

18   cc. Randle Posten

19   dd. Rebekah Anderson

20   ee. Sara Morales

21   ff.  Shant Hakopian

22

23   I declare under the penalty of perjury that the foregoing is true and correct.

24   Executed on this 1st day of October, 2021.

25

26

27   By: s/ *Shane Daniels*

      SHANE DANIELS

28

1

## **SIGNATURE CERTIFICATION**

2      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative
3  Policies and Procedures Manual, I hereby certify that the content of this document is
4  acceptable to Shane Daniels, and that I have obtained Mr. Daniels's electronic
5  signature in the filing of this document.

6

7

8  Dated:        October 1, 2021                 *s/ Yvonne W. Chan*
9                                                    Yvonne W. Chan

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28