1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9           **SOUTHERN DISTRICT OF CALIFORNIA**
10
11   IN RE: BANK OF AMERICA            Case No. 21-md-02992-LAB-MSB
     CALIFORNIA UNEMPLOYMENT
12   BENEFITS LITIGATION
                                       **ORDER CONTINUING HEARING**
13                                     **ON MOTION TO DISMISS**
14
15
16

17          Defendant Bank of America, N.A. has filed a motion to dismiss the
18   Master Consolidated Complaint in this action. The hearing on that
19   motion, currently set for January 10, 2022 at 11:30 a.m., is **CONTINUED** to
20   Monday, **January 31, 2022 at 11:30 a.m.**
21          **IT IS SO ORDERED.**
22   Dated: November 19, 2021
                                       _Larry A. Burns_
23                                     Hon. Larry Alan Burns
24                                     United States District Judge
25
26
27
28

1