UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION | Case No.:  21md2992-LAB (MSB)<br><br>**ORDER SETTING ZOOM CASE MANAGEMENT CONFERENCE** |

The Court **SETS** a Zoom Case Management Conference ("CMC") with Interim Co-Lead Counsel, Interim Liaison Counsel, and counsel for Defendant, (collectively, "the Parties") on **June 5, 2023**, at **11:00 a.m.** to address discovery and scheduling of this case. No later than **noon** on **June 2, 2023**, counsel for the Parties must:

1. Send an e-mail to the Court at efile_berg@casd.uscourts.gov, containing the **names, email addresses, and contact telephone numbers** for all attorneys who plan to attend the CMC.

2. File a joint proposed scheduling order.

**IT IS SO ORDERED**.

Dated:  May 30, 2023

Honorable Michael S. Berg
United States Magistrate Judge