UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION, <br><br>_____ <br>LINDA EDWARDS, <br>                                    Plaintiff, <br>v. <br>BANK OF AMERICA, N.A., <br>                                    Defendant. | Case No.:  21MD2992-GPC(MSB) <br><br>**Pertains to Civil Action No.: 21-cv-1203-GPC-MSB** <br><br>**ORDER RE VOLUNTARY DISMISSAL OF INDIVIDUAL CLAIMS** <br><br>**[Dkt. No. 263.]** |

On April 15, 2024, Plaintiff Linda Edwards filed a notice of voluntary dismissal without prejudice of her individual claims in the member case, *Abarr v. Bank of Am., N.A.,* No. 21-cv-1203-GPC(MSB), (Dkt. No. 15), and in the lead case of this consolidated multi-district litigation, *In re Bank of Am. Cal. Unemployment Benefits Litig.*, No. 21-md-2992-GPC(MSB), (Dkt. No. 263).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Edward's individual claims are DISMISSED without prejudice.  The Clerk of Court is directed to terminate Plaintiff Linda Edwards from the lead case and her

/ / /
/ / /
/ / /
/ / /

individual member case.

IT IS SO ORDERED.

Dated: April 16, 2024

Hon. Gonzalo P. Curiel
United States District Judge