1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

| **IN RE BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION** | Case No. 3:21-md-02992-GPC-MSB  **ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL** **[Dkt. No. 276.]** |
|---|---|
| This Document Relates to All Actions | Judge:    Hon. Gonzalo P. Curiel |

17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Upon consideration of Plaintiffs' Motion to File Documents Under Seal, and for good cause shown, the motion is GRANTED. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

It is further ORDERED that Plaintiffs may file under seal (1) portions of Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Objections to and Motion to Reverse in Part Magistrate Judge's April 24, 2024 Discovery Order that reference material designated by Defendant Bank of America as "Confidential" pursuant to the Protective Order; and (2) portions of the Supplemental Declaration of Connie K. Chan in support of Plaintiffs' Objections and Motion that reference material designated by Defendant as "Confidential," including the Index of Exhibits and Exhibits 24-36.

**IT IS SO ORDERED.**

Dated: June 14, 2024

Hon. Gonzalo P. Curiel
United States District Judge