1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION** | Case No. 3:21-md-02992-GPC-MSB<br><br>**ORDER DENYING MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Dkt. No. 290.]** |
| This Document Relates to All Actions | Judge:   Hon. Gonzalo P. Curiel |

# ORDER

Upon consideration of Plaintiffs' Motion to File Under Seal portions of Plaintiffs' Reply in Support of Plaintiffs' Objections to and Motion to Reverse in Part Magistrate Judge's April 24, 2024 Discovery Order that reference material designated by Defendant Bank of America as "Confidential" pursuant to the Protective Order, and no opposition having been filed, the motion is DENIED for failure to establish good cause. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). Plaintiffs are ORDERED to file an unredacted copy of their reply brief on the public docket.

**IT IS SO ORDERED.**

Dated:  June 25, 2024

Hon. Gonzalo P. Curiel
United States District Judge