**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION**<br><br>This Document Relates to All Actions | Case No. 3:21-md-02992-GPC-MSB<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL RE: EXHIBITS 1, 2, 14, 16, 18, 19, 20 TO CORRECTED DECLARATION OF CONNIE CHAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>[Dkt. No. 394.]<br><br>Judge:  Hon. Gonzalo P. Curiel<br>Ctrm:   2D (2nd Floor) |

# ORDER

Upon consideration of Plaintiffs' Motion to File Documents Under Seal re: Exhibits 1, 2, 14, 16, 18, 19, 20 to Corrected Declaration of Connie Chan in support of Motion for Class Certification, the motion is **GRANTED**. Plaintiffs have shown compelling reasons to file these documents under seal. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

The Court will maintain the following materials under seal: Portions of **Exhibits 1, 2, 14, 16, 18, 19 and 20** attached to the Corrected Declaration of Connie K. Chan in support of Motion for Class Certification.

**IT IS SO ORDERED.**

Dated: December 10, 2024

Hon. Gonzalo P. Curiel
United States District Judge