UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION, | Case No.: 21MD2992-GPC(MSB)<br><br>**ORDER LIFTING STAY** |
|---|---|

On March 28, 2025, the Court granted in part a stay of the case pending the United States Supreme Court review of *Lab'y Corp. of Am. Holdings v. Davis*, No. 24-0304. (Dkt. No. 448.) On June 5, 2025, the Supreme Court dismissed the case as "improvidently granted" and did to address the question of "[w]hether a federal court may certify a damages class pursuant to Federal Rule of Civil Procedure 23 when the class includes both injured and uninjured class members." *Lab'y Corp.*, No. 24-0304, slip. op. at 1-2 (U.S. June 5, 2025). As such, the case of *Olean Wholesale Grocery Cooperative, Inc. v. Bumble Bee Foods LLC*, 31 F. 4th 651, 669 (2024) remains binding

/ / /

/ / /

/ / /

/ / /

on this Court. Accordingly, the Court lifts the stay in this case and will issue out its ruling on Plaintiff's motion for class certification.

IT IS SO ORDERED.

Dated: June 5, 2025

Hon. Gonzalo P. Curiel
United States District Judge