JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
KARIN B. SWOPE (Pro Hac Vice)
kswope@cpmlegal.com
VASTI S. MONTIEL (SBN 346409)
vmontiel@cpmlegal.com
CAROLINE A. YUEN (SBN 354388)
cyuen@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

MICHAEL RUBIN (SBN 80618)
mrubin@altber.com
STACEY M. LEYTON (SBN 203827)
sleyton@altber.com
CONNIE K. CHAN (SBN 284230)
cchan@altber.com
COLIN C. JONES (SBN 354301)
cjones@altber.com
CAROLINE HUNSICKER (SBN 356917)
chunsicker@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Fax: (415) 362-8064

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION** | Case No. 3:21-md-02992-GPC-MSB<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY CAROLINE HUNSICKER**<br><br>Judge:  Hon. Gonzalo P. Curiel<br>Ctrm:   2D (2nd Floor) |
| This Document Relates to All Actions | |

Notice of Withdrawal of Attorney Caroline Hunsicker; Case No. 3:21-md-02992-GPC-MSB

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, as of August 8, 2025, I, Caroline Hunsicker will no longer be associated with Altshuler Berzon LLP, and will no longer represent Plaintiffs and the Proposed Class in this matter.  Accordingly, please remove me from the docket as counsel of record.  Other attorneys from Altshuler Berzon LLP will continue to represent Plaintiffs and the Proposed Class.

Dated:  August 8, 2025

Respectfully submitted,
**ALTSHULER BERZON LLP**

By:    /s/ *Caroline Hunsicker*
MICHAEL RUBIN
STACEY M. LEYTON
CONNIE K. CHAN
COLIN C. JONES
CAROLINE HUNSICKER

*Co-Lead Counsel for Plaintiffs and the Class*

Notice of Withdrawal of Attorney Caroline Hunsicker; Case No. 3:21-md-02992-GPC-MSB                1