UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IN RE:  BANK OF AMERICA
CALIFORNIA UNEMPLOYMENT
BENEFITS LITIGATION

———————————————————

KUANG TING CHONG; et al.,

        Plaintiffs - Respondents,

  v.

BANK OF AMERICA, N.A.,

        Defendant - Petitioner.

No. 25-4072

D.C. No.
3:21-MD-02992-GPC-MSB
Southern District of California,
San Diego

ORDER

Before: SUNG and H.A. THOMAS, Circuit Judges.

The motion (Docket Entry No. 20) for leave to file a reply in support of the

petition for permission to appeal is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f);

*Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing

factors this court considers in analyzing a Rule 23(f) petition).

Respondents filed a notice (Docket Entry No. 16) of intent to file publicly

the answer to the petition and Volume 2 of the supplemental appendix. *See* 9th Cir.

R. 27-13(f). The unopposed motion (Docket Entry No. 25) to maintain these

documents under seal is granted. The unopposed motions (Docket Entry Nos. 3

and 21) to seal portions of the petition, the reply brief, and supporting documents are also granted.

The clerk will file publicly the motions to seal (Docket Entry Nos. 3.1, 21.1, and 25.1). The clerk will maintain the documents under seal at Docket Entry Nos. 4, 5, 19, and 22.

25-4072