JAMES W. MCGARRY (*pro hac vice*)
*JMcGarry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA  02210
Tel.: +1 617 570 1000
Fax: +1 617 523 1231

SABRINA M. ROSE-SMITH (*pro hac vice*)
*SRoseSmith@goodwinlaw.com*
MATTHEW L. RIFFEE (*pro hac vice*)
*MRiffee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

Attorneys for Defendant
**BANK OF AMERICA, N.A**.

*[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

| | |
|---|---|
| IN RE: BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION | Case No. 21-MD-02992-GPC-MSB |
| | **DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF MOTION AND MOTION TO EXCLUDE THE PURPORTED EXPERT OPINIONS OF CHLOE N. EAST** |
| | Date:    April 17, 2026<br>Time:    1:30 p.m.<br>Ctrm:    12A – 12th Floor<br>Judge:   Hon. Gonzalo P. Curiel |
| | ORAL ARGUMENT REQUESTED |

## NOTICE OF MOTION AND MOTION

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on April 17, 2026 at 1:30 p.m. or as soon thereafter as counsel may be heard in Courtroom 12A of the above-entitled Court, located at 333 West Broadway, San Diego, CA 92101, Defendant Bank of America, N.A. (BANA) will and hereby does move to exclude the purported expert opinions of Chloe N. East pursuant to FED. R. EVID. 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

This Motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the accompanying Declaration of Lindsay E. Hoyle and all supporting declarations, exhibits, and documents; the concurrently filed Motion for Partial Summary Judgment and all supporting documents; all pleadings and records on file in this action; and such further oral or written argument as may be presented on this matter.

Dated: October 17, 2025          Respectfully submitted,

By:  */s/ Matthew L. Riffee*
_____

MATTHEW L. RIFFEE (*pro hac vice*)
MRiffee@goodwinlaw.com
SABRINA M. ROSE-SMITH (*pro hac vice*)
SRoseSmith@goodwinlaw.com
KEITH LEVENBERG (*pro hac vice*)
KLevenberg@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N St. NW
Washington, DC 20036
Tel: +1 202 346 4000
Fax: +1 202 346 4444

JAMES W. MCGARRY (*pro hac vice*)
JMcGarry@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570 1000
Fax: + 1 617 523 1231

LAURA G. BRYS (SBN 242100)
*LBrys@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S Figueroa St., Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 617 346 4444

VALERIE A. HAGGANS (*pro hac vice*)
*VHaggans@goodwinlaw.com*
LINDSAY E. HOYLE (*pro hac vice*)
*LHoyle@goodwinlaw.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel: +1 212 813-8800
Fax: +1 212 355-3333

YVONNE W. CHAN (*pro hac vice*)
*YChan@jonesday.com*
**JONES DAY**
100 High Street
Boston, MA 02110
Tel.: +1 617 960 3939
Fax: +1 617 449 6999

JANICE P. BROWN (SBN 114433)
*jbrown@myersnave.com*
MATTHEW B. NAZARETH (SBN 278405)
*mnazareth@myersnave.com*
**MEYERS NAVE**
600 B Street, Suite 1650
San Diego, CA 92101

Attorneys for Defendant
BANK OF AMERICA, N.A.

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the clerk of the court for the United States District Court for the Southern District of California by using the CM/ECF system on October 17, 2025.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

Executed:    October 17, 2025          *s/ Matthew L. Riffee*

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

3

BANA'S MOT. TO EXCLUDE EAST                                      CASE NO. 21-MD-02992-GPC-MSB