JAMES W. MCGARRY (*pro hac vice*)
*JMcGarry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA  02210
Tel.: +1 617 570 1000
Fax: +1 617 523 1231

SABRINA M. ROSE-SMITH (*pro hac vice*)
*SRoseSmith@goodwinlaw.com*
MATTHEW L. RIFFEE (*pro hac vice*)
*MRiffee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

Attorneys for Defendant
**BANK OF AMERICA, N.A**.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

## SAN DIEGO DIVISION

| | |
|---|---|
| IN RE: BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION | Case No. 21-MD-02992-GPC-MSB |
| | **DECLARATION OF LINDSAY E. HOYLE IN SUPPORT OF DEFENDANT BANK OF AMERICA, N.A.'s MOTION TO EXCLUDE THE PURPORTED EXPERT OPINIONS OF CHLOE N. EAST** |
| | Date:      April 17, 2026<br>Time:      1:30 p.m.<br>Ctrm:      12A – 12th Floor<br>Judge:     Hon. Gonzalo P. Curiel |
| | EXHIBITS FILED PROVISIONALLY UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER |

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

I, Lindsay E. Hoyle, state and declare as follows:

1.    I am Counsel at Goodwin Procter LLP, and counsel of record for Defendant Bank of America, N.A. (BANA) in the above-captioned lawsuit.

2.    I have personal knowledge of the facts set forth in this declaration, and if called upon to do so, I could and would competently testify thereto.

3.    I make this declaration in support of BANA's Motion to Exclude the Purported Expert Opinions of Chloe N. East.

4.    Attached hereto as **Exhibit 28** is a true and correct copy of the CFPB Consent Order, dated July 14, 2022.

5.    Attached hereto as **Exhibit 29** is a true and correct copy of the OCC Consent Order, dated July 14, 2022.

6.    Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the official transcript of the Plaintiffs' deposition of BANA's Rule 30(b)(6) designee, Jennifer Lennon, taken on February 23, 2024.

7.    Attached hereto as **Exhibit 31** is a true and correct copy of BANA's Remediation Plan, a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00102554.

8.    Attached hereto as **Exhibit 32** is a true and correct copy of the Expert Report of Chloe N. East, and appendices thereto, dated March 4, 2025.

9.    Attached hereto as **Exhibit 33** is a true and correct copy of the official transcript of BANA's deposition of Plaintiffs' expert Chloe East, taken on May 15, 2025.

10.    Attached hereto as **Exhibit 34** is a true and correct copy of the Expert Rebuttal Report of Justin McCrary, and appendices thereto, dated April 4, 2025.

/ / /

/ / /

/ / /

/ / /

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2025, in Old Greenwich, CT.

/s/ Lindsay E. Hoyle
LINDSAY E. HOYLE