JAMES W. MCGARRY (*pro hac vice*)
JMcGarry@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Tel. +1 617 570 1000
Fax: +1 617 523 1231

SABRINA M. ROSE-SMITH (*pro hac vice*)
SRoseSmith@goodwinlaw.com
MATTHEW L. RIFFEE (*pro hac vice*)
MRiffee@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

Attorneys for Defendant
**BANK OF AMERICA, N.A.**

[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

| | |
|---|---|
| IN RE: BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION | Case No. 21-MD-02992-GPC-MSB<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:    April 17, 2026<br>Time:    1:30 p.m.<br>Ctrm:    12A – 12th Floor<br>Judge:   Hon. Gonzalo P. Curiel<br><br>ORAL ARGUMENT REQUESTED |

# NOTICE OF MOTION AND MOTION

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 17, 2026 at 1:30 p.m. or as soon thereafter as counsel may be heard in Courtroom 2D of the above-entitled Court, located at 333 West Broadway, San Diego, CA 92101, Defendant Bank of America, N.A. (BANA) will and hereby moves for partial summary judgment pursuant to FED. R. CIV. P. 56 on the claims and counts brought on behalf of the five classes certified in the Court's June 16, 2025 order (ECF 494) (the Claim Denial, Credit Rescission, Account Freeze, Customer Service, and EMV Chip Classes), and by Class Representatives Kuang Ting Chong, Candace Koole, Lindsay McClure, Azuri Moon, Stephanie Moore, Roland Oothuizen, Vanessa Rivera, J. Michael Willrich, and Alex Yuan, individually or in a representative capacity.

Specifically, as set forth in the accompanying Memorandum of Points and Authorities, BANA moves for the following:

- Partial summary judgment for BANA on all claims for actual damages and treble damages under 15 U.S.C. §§ 1693m(a)(1) and 1693f(e) of the Electronic Funds Transfers Act (EFTA) (Count 1);
- Summary judgment for BANA on each and all of the following claims and counts, including any and all claims for relief thereunder[1]:
  - All claims for violations of the California Consumer Privacy Act (CCPA) (Count 2):
  - All claims for violations of the California Unfair Competition Law (UCL) (Count 4):
  - All claims for negligence and negligence per se (Count 5);
  - All claims for negligent hiring, supervision, and retention (Count 6);
  - All claims for breach of contract (Count 7);

---

[1] Counts 3, 8, 11, and 12 were previously dismissed or abandoned by Plaintiffs in their Third Amended Master Consolidated Complaint (ECF 406).

- All claims for breach of implied covenant of good faith and fair dealing (Count 9);
- All claims for breach of fiduciary duty (Count 10);
- All claims for violations of Federal Due Process Under the 14th Amendment (Count 13);
- All claims for violations of the California Due Process Clause (Count 14);

• Summary Judgment for BANA on all claims for punitive damages under Cal. Civ. Code § 3294; and

• Summary Judgment for BANA on all claims for punitive damages under 42 U.S.C. § 1983.

This Motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the accompanying Statement of Undisputed Material Facts and all supporting declarations, exhibits, and documents; the accompanying Request for Judicial Notice and all supporting documents; the concurrently filed Motions to Exclude Plaintiffs' Purported Expert Opinions and all supporting documents; all pleadings and records on file in this action; and such further oral or written argument as may be presented on this matter.

Dated: October 17, 2025            Respectfully submitted,

By: */s/ James W. McGarry*

JAMES W. MCGARRY *(pro hac vice)*
*JMcGarry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570 1000
Fax: +1 617 523 1231

SABRINA M. ROSE-SMITH *(pro hac vice)*
*SRoseSmith@goodwinlaw.com*
MATTHEW L. RIFFEE *(pro hac vice)*
*MRiffee@goodwinlaw.com*

| | |
|---|---|
| 1 | KEITH LEVENBERG (*pro hac vice*) |
| 2 | KLevenberg@goodwinlaw.com<br>**GOODWIN PROCTER LLP** |
| 3 | 1900 N St. NW<br>Washington, DC 20036 |
| 4 | Tel: +1 202 346 4000<br>Fax: +1 202 346 4444 |
| 5 | LAURA G. BRYS (SBN 242100) |
| 6 | LBrys@goodwinlaw.com<br>**GOODWIN PROCTER LLP** |
| 7 | 601 S Figueroa St., Suite 4100<br>Los Angeles, CA 90017 |
| 8 | Tel.: +1 213 426 2500<br>Fax: +1 617 346 4444 |
| 9 | VALERIE A. HAGGANS (*pro hac vice*) |
| 10 | VHaggans@goodwinlaw.com<br>LINDSAY E. HOYLE (*pro hac vice*) |
| 11 | LHoyle@goodwinlaw.com<br>**GOODWIN PROCTER LLP** |
| 12 | 620 Eighth Avenue<br>New York, NY 10018 |
| 13 | Tel: +1 212 813-8800<br>Fax: +1 212 355-3333 |
| 14 | YVONNE W. CHAN (*pro hac vice*) |
| 15 | YChan@jonesday.com<br>**JONES DAY** |
| 16 | 100 High Street<br>Boston, MA 02110 |
| 17 | Tel.: +1 617 960 3939<br>Fax: +1 617 449 6999 |
| 18 | JANICE P. BROWN (SBN 114433) |
| 19 | jbrown@myersnave.com<br>MATTHEW B. NAZARETH (SBN 278405) |
| 20 | mnazareth@myersnave.com<br>**MEYERS NAVE** |
| 21 | 600 B Street, Suite 1650<br>San Diego, CA 92101 |
| 22 | Attorneys for Defendant |
| 23 | BANK OF AMERICA, N.A. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

3

BANA'S NOTICE OF MOT. FOR PARTIAL SJ                CASE NO. 3:21-MD-02992-GPC-MSB

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the clerk of the court for the United States District Court for the Southern District of California by using the CM/ECF system on October 17, 2025. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

Executed:  October 17, 2025    /s/ *James W. McGarry*