JAMES W. MCGARRY (*pro hac vice*)
*JMcGarry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570 1000
Fax: +1 617 523 1231

SABRINA M. ROSE-SMITH (*pro hac vice*)
*SRoseSmith@goodwinlaw.com*
MATTHEW L. RIFFEE (*pro hac vice*)
*MRiffee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

Attorneys for Defendant
**BANK OF AMERICA, N.A**.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| IN RE: BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION | Case No. 21-MD-02992-GPC-MSB |
| | **DECLARATION OF LAURA G. BRYS IN SUPPORT OF DEFENDANT BANK OF AMERICA, N.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| | Date:      April 17, 2026<br>Time:      1:30 p.m.<br>Ctrm:      12AD – 12th Floor<br>Judge:    Hon. Gonzalo P. Curiel |

I, Laura Brys, hereby declare as follows:

1.     I am an attorney licensed to practice before this Court.

2.     I am a senior attorney at Goodwin Procter LLP, attorneys of record for Defendant BANK OF AMERICA, N.A. (BANA) in this action.

3.     I make this declaration in support of BANA's Motion for Partial Summary Judgment. I have personal knowledge of the matters set forth in this Declaration and/or upon a review of non-privileged records kept by Goodwin Procter LLP in the regular course of its business, and if called upon to do so, I could and would testify competently to same.

4.     BANA's Exhibits to this Declaration shall be referred to as "DX" in BANA's Motion for Partial Summary Judgment and its supporting documents.

## **Fact Declarations**

5.     Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Robert Chestnut in Support of Defendant's Motion for Partial Summary Judgment dated October 16, 2025.

6.     Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of William Golden in Support of Defendant's Motion for Partial Summary Judgment dated October 15, 2025.

7.     Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Jennifer Lennon in Support of Defendant's Motion for Partial Summary Judgment dated October 16, 2025.

8.     Attached hereto as **Exhibit 4** is a true and correct copy of the Declaration of Michael J. Letson in Support of Defendant's Motion for Partial Summary Judgment dated October 16, 2025.

9.     Attached hereto as **Exhibit 5** is a true and correct copy of the Declaration of William M. Martin in Support of Defendant's Motion for Partial Summary Judgment dated October 16, 2025.

10.     Attached hereto as **Exhibit 6** is a true and correct copy of the

Declaration of Don Robart in Support of Defendant's Motion for Partial Summary Judgment dated October 16, 2025.

### Expert Declarations and Reports

11.    Attached hereto as **Exhibit 7** is a true and correct copy of the Declaration of Victor Stango in Support of Defendant's Motion for Partial Summary Judgment dated October 16, 2025.

12.    Attached hereto as **Exhibit 7.A** is a true and correct copy of the Expert Report of Victor Stango, and appendices thereto, dated April 4, 2025.

13.    Attached hereto as **Exhibit 8** is a true and correct copy of the Declaration of Justin McCrary in Support of Defendant's Motion for Partial Summary Judgment dated October 13, 2025.

14.    Attached hereto as **Exhibit 8.A** is a true and correct copy of the Expert Report of Professor Justin McCrary, and appendices thereto, dated April 4, 2025.

15.    Attached hereto as **Exhibit 9** is a true and correct copy of the Declaration of Carl Pry in Support of Defendant's Motion for Partial Summary Judgment dated October 10, 2025.

16.    Attached hereto as **Exhibit 9.A** is a true and correct copy of the Expert Rebuttal Report of Carl Pry, and appendices thereto, dated April 4, 2025.

17.    Attached hereto as **Exhibit 10** is a true and correct copy of the Declaration of Russell Cronan in Support of Defendant's Motion for Partial Summary Judgment dated October 13, 2025.

18.    Attached hereto as **Exhibit 10.A** is a true and correct copy of the Expert Report of Russell Cronan, and appendices thereto, dated March 4, 2025.

19.    Attached hereto as **Exhibit 11** is a true and correct copy of the Declaration of Teresa A. Pesce in Support of Defendant's Motion for Partial Summary Judgment dated October 13, 2025.

20.    Attached hereto as Exhibit **11.A** is a true and correct copy of the Expert Rebuttal Report of Teresa A. Pesce, and appendices thereto, dated April 4, 2025.

21.    Attached hereto as Exhibit **11.B** is a true and correct copy of the Expert Report of Teresa A. Pesce, and appendices thereto, dated March 4, 2025.

22.    Attached hereto as **Exhibit 12** is a true and correct copy of the Declaration of Pamela Joseph dated October 11, 2025.

23.    Attached hereto as Exhibit **12.A** is a true and correct copy of the Expert Report of Pamela Joseph, and appendices thereto, dated March 4, 2025.

24.    Attached hereto as Exhibit **12.B** is a true and correct copy of the Expert Rebuttal Report of Pamela Joseph in Support of Defendant's Motion for Partial Summary Judgment, dated April 4, 2025.

25.    Attached hereto as **Exhibit 13** is a true and correct copy of the Declaration of Stephen Hindle in Support of Defendant's Motion for Partial Summary Judgment dated October 10, 2025.

26.    Attached hereto as Exhibit **13.A** is a true and correct copy of the Expert Rebuttal Report of Steve Hindle dated April 4, 2025.

### Deposition Transcripts

27.    Attached hereto as **Exhibit 14.A** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Faiz A. Ahmad, taken on January 29, 2025.

28.    Attached hereto as **Exhibit 14.B** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Robert A. Chestnut, taken on February 8, 2024.

29.    Attached hereto as **Exhibit 14.C** is a true and correct copy of excerpts of the official transcript of BANA's deposition of Jane Cloninger, taken on June 11, 2025.

30.    Attached hereto as Exhibit **14.C.1** is a true and correct copy of the Expert Report of Jane Cloninger, and appendices thereto, dated March 4, 2025.

31.    Attached hereto as Exhibit **14.C.2** is a true and correct copy of the Expert Rebuttal Report of Jane Cloninger, and appendices thereto, dated April 4,

2025.

32.    Attached hereto as **Exhibit 14.D** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Russell Wayne Cronan, Sr., taken on May 1, 2025.

33.    Attached hereto as **Exhibit 14.E** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Shane Daniels, taken on February 6, 2024.

34.    Attached hereto as **Exhibit 14.F** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Chloe Noel East, Ph.D., taken on May 15, 2025.

35.    Attached hereto as **Exhibit 14.F.1** is a true and correct copy of the Expert Report of Chloe Noel East, and appendices thereto, dated March 4, 2025.

36.    Attached hereto as **Exhibit 14.G** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Jennifer Ehresman, taken on February 19, 2025.

37.    Attached hereto as **Exhibit 14.H** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of William Fox, taken on February 13, 2025.

38.    Attached hereto as **Exhibit 14.I** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Bradley Garfield, taken on December 10, 2024.

39.    Attached hereto as **Exhibit 14.J** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of William Golden, taken on February 22, 2024.

40.    Attached hereto as **Exhibit 14.K** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Stephen Hindle, taken on April 29, 2025.

41.    Attached hereto as **Exhibit 14.L** is a true and correct copy of excerpts

of the official transcript of Plaintiffs' deposition of Anne Holt, taken on January 8, 2025.

42.     Attached hereto as **Exhibit 14.M** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Renee Johnson, taken on May 7, 2024.

43.     Attached hereto as **Exhibit 14.N** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Pamela Ann Joseph, taken on May 12, 2025.

44.     Attached hereto as **Exhibit 14.O** is a true and correct copy of excerpts of the official transcript of BANA's deposition of J. Daniel Kreis, taken on May 5, 2025.

45.     Attached hereto as **Exhibit 14.O.1** is a true and correct copy of excerpts of the Expert Report of J. Daniel Kreis, and appendices thereto, dated March 4, 2025.

46.     Attached hereto as **Exhibit 14.P** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Jennifer Lennon, taken on February 23, 2024.

47.     Attached hereto as **Exhibit 14.Q** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition Michael Letson, taken on February 16, 2024.

48.     Attached hereto as **Exhibit 14.R** is a true and correct copy of excerpts of the official transcript of BANA's deposition of David I. Levine, taken on May 28, 2025.

49.     Attached hereto as **Exhibit 14.R.1** is a true and correct copy of excerpts of the Expert Report of David I. Levine dated March 4, 2025.

50.     Attached hereto as **Exhibit 14.S** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of William Matthew Martin, taken on February 14, 2024.

51.     Attached hereto as **Exhibit 14.T** is a true and correct copy of excerpts

of the official transcript of BANA's deposition of Lindsay McClure, taken on March 12, 2024.

52.     Attached hereto as **Exhibit 14.U** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Jay Minnucci, taken on April 23, 2025.

53.     Attached hereto as **Exhibit 14.U.1** is a true and correct copy of excerpts of the Expert Report of Jay Minnucci, and appendices thereto, dated March 4, 2025.

54.     Attached hereto as **Exhibit 14.V** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Thomas Montag, taken on September 24, 2025.

55.     Attached hereto as **Exhibit 14.W** is a true and correct copy of excerpts of the official transcript of BANA's deposition of Azuri Moon, taken on February 27, 2024.

56.     Attached hereto as **Exhibit 14.X** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Brian T. Moynihan, taken on October 2, 2025.

57.     Attached hereto as **Exhibit 14.Y** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Teresa Pesce, taken on May 8, 2025.

58.     Attached hereto as **Exhibit 14.Z** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Carl Pry, taken on May 16, 2025.

59.     Attached hereto as **Exhibit 14.AA** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Melissa Ramirez, taken on February 11, 2025.

60.     Attached hereto as **Exhibit 14.AB** is a true and correct copy of excerpts of the official transcript of BANA's deposition of Greg Regan, taken on May 19, 2025.

61.     Attached hereto as **Exhibit 14.AB.1** is a true and correct copy of the

Expert Report of Greg J. Regan, CPA/CFF, CFE, and appendices thereto, dated March 4, 2025.

62.    Attached hereto as **Exhibit 14.AC** is a true and correct copy of excerpts of the official transcript of BANA's deposition of Vanessa Rivera, taken on February 29, 2025.

63.    Attached hereto as **Exhibit 14.AD** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Ryan Schwartz, taken on December 4, 2025.

64.    Attached hereto as **Exhibit 14.AE** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Paul Simpson, taken on February 21, 2025.

65.    Attached hereto as **Exhibit 14.AF** is a true and correct copy of excerpts of the official transcript of the deposition of Shameel Singh, taken on May 8, 2025.

66.    Attached hereto as **Exhibit 14.AG** is a true and correct copy of excerpts of the official transcript of Plaintiffs' deposition of Victor Stango, taken on May 30, 2025.

**Plaintiffs' Discovery Responses**

67.    Attached hereto as **Exhibit 15** is a true and correct copy of an excerpt from Plaintiff Kuang Ting Chong's Supplemental Responses to BANA's First Set of Interrogatories Directed to Plaintiffs.

68.     Attached hereto as **Exhibit 16** is a true and correct copy of an excerpt from Plaintiff Candace Koole's Supplemental Responses to BANA's First Set of Interrogatories Directed to Plaintiffs.

69.    Attached hereto as **Exhibit 17** is a true and correct copy of an excerpt from Plaintiff Lindsey McClure's Supplemental Responses to BANA's First Set of Interrogatories Directed to Plaintiffs.

70.    Attached hereto as **Exhibit 18** is a true and correct copy of an excerpt from Plaintiff Azuri Moon's Supplemental Responses to BANA's First Set of

Interrogatories Directed to Plaintiffs.

71.     Attached hereto as **Exhibit 19** is a true and correct copy of an excerpt from Plaintiff Stephanie Moore's Supplemental Responses to BANA's First Set of Interrogatories Directed to Plaintiffs.

72.     Attached hereto as **Exhibit 20** is a true and correct copy of an excerpt from Plaintiff Roland Oosthuizen's Supplemental Responses to BANA's First Set of Interrogatories Directed to Plaintiffs.

73.     Attached hereto as **Exhibit 21** is a true and correct copy of an excerpt from Plaintiff Vanessa Rivera's Supplemental Responses to BANA's First Set of Interrogatories Directed to Plaintiffs.

74.     Attached hereto as **Exhibit 22** is a true and correct copy of an excerpt from Plaintiff J. Michael Willrich's Supplemental Responses to BANA's First Set of Interrogatories Directed to Plaintiffs.

75.     Attached hereto as **Exhibit 23** is a true and correct copy of an excerpt from Plaintiff Alex Yuan's Supplemental Responses to BANA's First Set of Interrogatories Directed to Plaintiffs.

### Subpoena Responses

76.     Attached hereto as **Exhibit 24** is a true and correct copy of the Declaration of Marc D. Keller in response to Plaintiffs' Subpoena, dated May 14, 2024.

77.     Attached hereto as **Exhibit 25** is a true and correct copy of TTEC's Response to Plaintiff Lindsay McClure's Subpoena.

### BANA's Discovery Responses

78.     Attached hereto as **Exhibit 26** is a true and correct copy of an excerpt from BANA's Responses to Plaintiffs' First Set of Requests for Admission.

79.     Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from BANA's Revised Second Supplemental Responses to Plaintiffs' First Set of Interrogatories.

80.    Attached hereto as **Exhibit 27.A** is a true and correct copy of Exhibit 1 of BANA's Revised Second Supplemental Responses to Plaintiffs' First Set of Interrogatories.

81.    Attached hereto as **Exhibit 27.B** is a true and correct copy of Exhibit 3 of BANA's Revised Second Supplemental Responses to Plaintiffs' First Set of Interrogatories.

82.    Attached hereto as **Exhibit 27.C** is a true and correct copy of Exhibit 4 of BANA's Revised Second Supplemental Responses to Plaintiffs' First Set of Interrogatories.

83.    Attached hereto as **Exhibit 27.D** is a true and correct copy of Exhibit 5 of BANA's Revised Second Supplemental Responses to Plaintiffs' First Set of Interrogatories.

84.    Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from BANA's Responses to Plaintiffs' Fourth Set of Interrogatories.

85.    Attached hereto as **Exhibit 28.A** is a true and correct copy of an excerpt from BANA's Revised Responses to Plaintiffs' Third Set of Interrogatories.

86.    Attached hereto as **Exhibit 28.A.1** is a true and correct copy of an excerpt from BANA's Revised Responses to Plaintiffs' Third Set of Interrogatories.

87.    Attached hereto as **Exhibit 29** is a true and correct copy of an excerpt from BANA's Responses to Plaintiffs' Eighth Set of Interrogatories.

88.    Attached hereto as **Exhibit 30** is a true and correct copy of an excerpt from BANA's Responses to Plaintiffs' Fifth Set of Interrogatories.

89.    Attached hereto as **Exhibit 30.A** is a true and correct copy of excerpts from BANA's Responses to Plaintiffs' Fifth Set of Interrogatories.

90.    Attached hereto as **Exhibit 30.B** is a true and correct copy of BANA's Supplemental Responses to Plaintiffs' Fifth Set of Interrogatories.

91.    Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from BANA's Second Set of Responses to Plaintiffs' Seventh Set of Interrogatories.

92.     Attached hereto as **Exhibit 31.A** is a true and correct copy of excerpts from BANA's Second Supplemental Responses to Plaintiffs' Seventh Set of Interrogatories.

93.     Attached hereto as **Exhibit 31.B** is a true and correct copy of an excerpt from BANA's Revised Second Supplemental Responses to Plaintiffs' Seventh Set of Interrogatories.

94.     Attached hereto as **Exhibit 31.B.1** is a true and correct copy of excerpts from BANA's Revised Second Supplemental Responses to Plaintiffs' Seventh Set of Interrogatories.

## **Plaintiff Produced Documents**

95.     Attached hereto as **Exhibit 32** is a true and correct copy of a document produced by Plaintiff Candace Koole in this action Bates stamped Koole_C_00000055.

96.     Attached hereto as **Exhibit 33** is a true and correct copy of a document produced by Plaintiff Candace Koole in this action Bates stamped Koole_C_00000067.

97.     Attached hereto as **Exhibit 34** is a true and correct copy of a document produced by Plaintiff Azuri Moon in this action Bates stamped Moon_A_00000006.

98.     Attached hereto as **Exhibit 35** is a true and correct copy of a document produced by Plaintiff Azuri Moon in this action Bates stamped Moon_A_00000088.

99.     Attached hereto as **Exhibit 36** is a true and correct copy of a document produced by Plaintiff Azuri Moon in this action Bates stamped Moon_A_00000118.

100.    Attached hereto as **Exhibit 37** is a true and correct copy of a document produced by Plaintiff Azuri Moon in this action Bates stamped Moon_A_00000141.

101.    **Exhibit 38** is intentionally omitted.

## **BANA Documents**

102.    Attached hereto as **Exhibit 39** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00002286.

11

103.    Attached hereto as **Exhibit 40.A** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00001500.

104.    Attached hereto as **Exhibit 40.B** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00086396.

105.    Attached hereto as **Exhibit 41** is a true and correct copy of the Consent Order of the Office of the Comptroller of the Currency (OCC).

106.    Attached hereto as **Exhibit 42** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00387807.

107.    Attached hereto as **Exhibit 43.A** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00102554.

108.    Attached hereto as **Exhibit 43.B** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00102520.

109.    Attached hereto as **Exhibit 43.C** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00102578.

110.    Attached hereto as **Exhibit 44** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00012816.

111.    Attached hereto as **Exhibit 45** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00354749.

112.    Attached hereto as **Exhibit 46** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00012801.

113.    Attached hereto as **Exhibit 47** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00013111.

114.    Attached hereto as **Exhibit 48** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00013107.

115.    Attached hereto as **Exhibit 49** is a true and correct copy of a document

1    produced by BANA in this action Bates stamped BANA_EDD_MDL-00013096.

2        116.    Attached hereto as **Exhibit 50** is a true and correct copy of a document

3    produced by BANA in this action Bates stamped BANA_EDD_MDL-00002852.

4        117.    Attached hereto as **Exhibit 51** is a true and correct copy of a document

5    produced by BANA in this action Bates stamped BANA_EDD_MDL-00005509.

6        118.    Attached hereto as **Exhibit 52** is a true and correct copy of a document

7    produced by BANA in this action Bates stamped BANA_EDD_MDL-00012790.

8        119.    Attached hereto as **Exhibit 53** is a true and correct copy of a document

9    produced by BANA in this action Bates stamped BANA_EDD_MDL-00014090.

10       120.    Attached hereto as **Exhibit 54** is a true and correct copy of a document

11   produced by BANA in this action Bates stamped BANA_EDD_MDL-00014091.

12       121.    Attached hereto as **Exhibit 55** is a true and correct copy of a document

13   produced by BANA in this action Bates stamped BANA_EDD_MDL-00014099.

14       122.    Attached hereto as **Exhibit 56** is a true and correct copy of a document

15   produced by BANA in this action Bates stamped BANA_EDD_MDL-00014817.

16       123.    Attached hereto as **Exhibit 57** is a true and correct copy of a document

17   produced by BANA in this action Bates stamped BANA_EDD_MDL-00014819.

18       124.    Attached hereto as **Exhibit 58** is a true and correct copy of a document

19   produced by BANA in this action Bates stamped BANA_EDD_MDL-00014820.

20       125.    Attached hereto as **Exhibit 59** is a true and correct copy of a document

21   produced by BANA in this action Bates stamped BANA_EDD_MDL-00014821.

22       126.    Attached hereto as **Exhibit 60** is a true and correct copy of a document

23   produced by BANA in this action Bates stamped BANA_EDD_MDL-00015433.

24       127.    Attached hereto as **Exhibit 61** is a true and correct copy of a document

25   produced by BANA in this action Bates stamped BANA_EDD_MDL-00019602.

26       128.    Attached hereto as **Exhibit 62** is a true and correct copy of a document

27   produced by BANA in this action Bates stamped BANA_EDD_MDL-00019618.

28       129.    Attached hereto as **Exhibit 63** is a true and correct copy of a document

produced by BANA in this action Bates stamped BANA_EDD_MDL-00019846.

130.    Attached hereto as **Exhibit 64** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00043600.

131.    Attached hereto as **Exhibit 65** is a true and correct copy of an excerpt of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00044098.

132.    Attached hereto as **Exhibit 66** is a true and correct copy of an excerpt of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00044180.

133.    Attached hereto as **Exhibit 67** is a true and correct copy of an excerpt of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00044201.

134.    Attached hereto as **Exhibit 68** is a true and correct copy of an excerpt of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00044202.

135.    Attached hereto as **Exhibit 69** is a true and correct copy of an excerpt of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00044295.

136.    Attached hereto as **Exhibit 70** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00054835.

137.    Attached hereto as **Exhibit 71** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00057488.

138.    Attached hereto as **Exhibit 72** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00059677.

139.    Attached hereto as **Exhibit 73** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00073529.

140.    Attached hereto as **Exhibit 74** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00074993.

141.    Attached hereto as **Exhibit 75** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00076984.

142.    Attached hereto as **Exhibit 76** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00077224.

143.    Attached hereto as **Exhibit 77** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00082907.

144.    **Exhibit 77.A** is intentionally omitted.[1]

145.    Attached hereto as **Exhibit 78** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00085548.

146.    Attached hereto as **Exhibit 79** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00086221.

147.    Attached hereto as **Exhibit 80** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00086827.

148.    Attached hereto as **Exhibit 81** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00086931.

149.    Attached hereto as **Exhibit 82** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00086932.

150.    Attached hereto as **Exhibit 83** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00087715.

151.    Attached hereto as **Exhibit 84** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00087749.

152.    Attached hereto as **Exhibit 85** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00087772.

153.    Attached hereto as **Exhibit 86** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00087776.

154.    Attached hereto as **Exhibit 87** is a true and correct copy of a document

---

[1] **Exhibit 77.A** (BANA_EDD_MDL-00082909) is an email attachment to Exhibit 77 (BANA_EDD_MDL-00082907) and is intentionally omitted given its large file size. BANA would be happy to provide a copy of Exhibit 77.A to the Court upon request.

produced by BANA in this action Bates stamped BANA_EDD_MDL-00088501.

155.    Attached hereto as **Exhibit 88** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00088506.

156.    **Exhibit 89** is intentionally omitted.

157.    Attached hereto as **Exhibit 90** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00090725.

158.    Attached hereto as **Exhibit 91** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00107342.

159.    Attached hereto as **Exhibit 92** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00116204.

160.    Attached hereto as **Exhibit 93** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00116445.

161.    Attached hereto as **Exhibit 94** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00117094.

162.    Attached hereto as **Exhibit 95** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00117097.

163.    Attached hereto as **Exhibit 96** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00117903.

164.    Attached hereto as **Exhibit 97** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00118436.

165.    Attached hereto as **Exhibit 98** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00120424.

166.    Attached hereto as **Exhibit 99** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00123624.

167.    Attached hereto as **Exhibit 100** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00124522.

168.    Attached hereto as **Exhibit 101** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00125059.

169.   Attached hereto as **Exhibit 102** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00125116.

170.   **Exhibit 103** is intentionally omitted.

171.   Attached hereto as **Exhibit 104** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00125919.

172.   Attached hereto as **Exhibit 105** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00125920.

173.   Attached hereto as **Exhibit 106** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00140121.

174.   Attached hereto as **Exhibit 107** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00142739.

175.   Attached hereto as **Exhibit 108** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00143488.

176.   Attached hereto as **Exhibit 109** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00143629.

177.   Attached hereto as **Exhibit 110** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00153842.

178.   Attached hereto as **Exhibit 111** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00154700.

179.   Attached hereto as **Exhibit 112** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00163779.

180.   Attached hereto as **Exhibit 113** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00164188.

181.   Attached hereto as **Exhibit 114** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00164189.

182.   Attached hereto as **Exhibit 115** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00167033.

183.   Attached hereto as **Exhibit 116** is a true and correct copy of a document

produced by BANA in this action Bates stamped BANA_EDD_MDL-00186897.

184.   Attached hereto as **Exhibit 117** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00198287.

185.   Attached hereto as **Exhibit 118** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00202603.

186.   Attached hereto as **Exhibit 119** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00206047.

187.   Attached hereto as **Exhibit 120** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00225375.

188.   Attached hereto as **Exhibit 121** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00265136.

189.   Attached hereto as **Exhibit 122** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00283611.

190.   Attached hereto as **Exhibit 123** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00287946.

191.   Attached hereto as **Exhibit 124** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00287970.

192.   Attached hereto as **Exhibit 125** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00296860.

193.   Attached hereto as **Exhibit 126** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00298567.

194.   Attached hereto as **Exhibit 127** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00353033.

195.   Attached hereto as **Exhibit 128** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00354508.

196.   Attached hereto as **Exhibit 129** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00368628.

197.   Attached hereto as **Exhibit 130** is a true and correct copy of a document

produced by BANA in this action Bates stamped BANA_EDD_MDL-00370150.

198.   Attached hereto as **Exhibit 131** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00370151.

199.   Attached hereto as **Exhibit 132** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00405281.

200.   Attached hereto as **Exhibit 133** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00416742.

201.   Attached hereto as **Exhibit 134** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00422979.

202.   Attached hereto as **Exhibit 135** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00428994.

203.   Attached hereto as **Exhibit 136** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00430148.

204.   Attached hereto as **Exhibit 137** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00433183.

205.   Attached hereto as **Exhibit 138** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00433929.

206.   Attached hereto as **Exhibit 139** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00436910.

207.   Attached hereto as **Exhibit 140** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00436971.

208.   Attached hereto as **Exhibit 141** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00447117.

209.   Attached hereto as **Exhibit 142** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00448765.

210.   Attached hereto as **Exhibit 143** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00450462.

211.   Attached hereto as **Exhibit 144** is a true and correct copy of a document

produced by BANA in this action Bates stamped BANA_EDD_MDL-00450467.

212.   Attached hereto as **Exhibit 145** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00450516.

213.   Attached hereto as **Exhibit 146** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00452826.

214.   Attached hereto as **Exhibit 147** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00468505.

215.   Attached hereto as **Exhibit 148** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00493780.

216.   Attached hereto as **Exhibit 149** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00497802.

217.   Attached hereto as **Exhibit 150** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00500173.

218.   Attached hereto as **Exhibit 151** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00505808.

219.   Attached hereto as **Exhibit 152** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00515252.

220.   Attached hereto as **Exhibit 153** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00531012.

221.   Attached hereto as **Exhibit 154** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00534403.

222.   Attached hereto as **Exhibit 155** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00534409.

223.   Attached hereto as **Exhibit 156** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00546652.

224.   Attached hereto as **Exhibit 157** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00570333.

225.   Attached hereto as **Exhibit 158** is a true and correct copy of a document

1  produced by BANA in this action Bates stamped BANA_.EDD_MDL-00580207.

2  226.  Attached hereto as **Exhibit 159** is a true and correct copy of a document

3  produced by BANA in this action Bates stamped BANA_EDD_MDL-00592324.

4  227.  **Exhibit 160** is intentionally omitted.

5  228.  Attached hereto as **Exhibit 161** is a true and correct copy of a document

6  produced by BANA in this action Bates stamped BANA_EDD_MDL-00617457.

7  229.  **Exhibit 161.A** is intentionally omitted.[2]

8  230.  Attached hereto as **Exhibit 162** is a true and correct copy of a document

9  produced by BANA in this action Bates stamped BANA_EDD_MDL-00617463.

10  231.  **Exhibit 162.A** is intentionally omitted.[3]

11  232.  Attached hereto as **Exhibit 163** is a true and correct copy of a document

12  produced by BANA in this action Bates stamped BANA_EDD_MDL-00624540.

13  233.  Attached hereto as **Exhibit 164** is a true and correct copy of a document

14  produced by BANA in this action Bates stamped BANA_EDD_MDL-00624542.

15  234.  Attached hereto as **Exhibit 165** is a true and correct copy of a document

16  produced by BANA in this action Bates stamped BANA_EDD_MDL-00624545.

17  235.  Attached hereto as **Exhibit 166** is a true and correct copy of a document

18  produced by BANA in this action Bates stamped BANA_EDD_MDL-00624679.

19  236.  Attached hereto as **Exhibit 167** is a true and correct copy of a document

20  produced by BANA in this action Bates stamped BANA_EDD_MDL-00637212.

21  237.  Attached hereto as **Exhibit 168** is a true and correct copy of a document

22  produced by BANA in this action Bates stamped BANA_EDD_MDL-00640771.

23  238.  Attached hereto as **Exhibit 169** is a true and correct copy of a document

[2] **Exhibit 161.A** (BANA_EDD_MDL-00617459) is an email attachment to Exhibit 161 (BANA_EDD_MDL-00617457) and is intentionally omitted given its large file size. BANA would be happy to provide a copy of Exhibit 161.A to the Court upon request.

[3] **Exhibit 162.A** (BANA_EDD_MDL-00617465) is an email attachment to Exhibit 162 (BANA_EDD_MDL-00617463) and is intentionally omitted given its large file size. BANA would be happy to provide a copy of Exhibit 162.A to the Court upon request.

produced by BANA in this action Bates stamped BANA_EDD_MDL-00678567.

239.   Attached hereto as **Exhibit 170** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00694846.

240.   Attached hereto as **Exhibit 171** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00707598.

241.   Attached hereto as **Exhibit 172** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00719114.

242.   Attached hereto as **Exhibit 173** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00719115.

243.   Attached hereto as **Exhibit 174** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00719116.

244.   **Exhibit 175** is intentionally omitted.

245.   Attached hereto as **Exhibit 176** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00720087.

246.   Attached hereto as **Exhibit 177** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00855874.

247.   Attached hereto as **Exhibit 178** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00871377.

248.   Attached hereto as **Exhibit 179** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00881851.

249.   Attached hereto as **Exhibit 180** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00884200.

250.   Attached hereto as **Exhibit 181** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00654305.

251.   Attached hereto as **Exhibit 182** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL_00071599.

252.   Attached hereto as **Exhibit 183** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00055974.

253.   Attached hereto as **Exhibit 184** is a true and correct copy of a document produced by BANA in this action Bates stamped BANA_EDD_MDL-00205361.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 17th day of October, 2025.

*/s/ Laura G. Brys*
LAURA G. BRYS

BRYS DECL. ISO BANA MOT. FOR PARTIAL SJ          CASE NO. 21-MD-02992-GPC-MSB