JAMES W. MCGARRY (*pro hac vice*)
JMcGarry@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570 1000
Fax: +1 617 523 1231

SABRINA M. ROSE-SMITH (*pro hac vice*)
SRoseSmith@goodwinlaw.com
MATTHEW L. RIFFEE (*pro hac vice*)
MRiffee@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

Attorneys for Defendant
**BANK OF AMERICA, N.A.**

[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| IN RE: BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION | Case No. 21-MD-02992-GPC-MSB<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF EXHIBIT 35 TO ITS MOTION TO EXCLUDE PURPORTED EXPERT OPINIONS OF GREG J. REGAN**<br><br>Ctrm:   12A – 12th Floor<br>Judge:  Hon. Gonzalo P. Curiel |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Bank of America, N.A. (BANA) submitted Its Motion to Exclude Purported Expert Opinions of Greg J. Regan on October 17, 2025 (ECF 567) and inadvertently did not attach Exhibit 35 to the Declaration of Lindsay E. Hoyle in Support of Its Motion to Exclude Purported Expert Opinions of Greg J. Regan when filing.

Exhibit 35 is the Expert Report of David Levine, previously filed at ECF 566-9 in Support of BANA's Motion to Exclude Purported Expert Opinions of David I. Levine (ECF 566).

Exhibit 35 is also being filed contemporaneously with this Notice.

Dated:   October 20, 2025          Respectfully submitted,

By: *s/ Matthew L. Riffee*

MATTHEW L. RIFFEE (*pro hac vice*)
MRiffee@goodwinlaw.com
SABRINA M. ROSE-SMITH (*pro hac vice*)
SRoseSmith@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N St. NW
Washington, DC 20036
Tel: +1 202 346 4000
Fax: +1 202 346 4444

JAMES W. MCGARRY (*pro hac vice*)
JMcGarry@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA  02210
Tel.: +1 617 570 1000
Fax: +1 617 523 1231

LAURA G. BRYS (SBN 242100)
LBrys@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S Figueroa St., Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 617 346 4444

LINDSAY E. HOYLE (*pro hac vice*)

*LHoyle@goodwinlaw.com*
VALERIE A. HAGGANS (*pro hac vice*)
*VHaggans@goodwinlaw.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel: +1 212 813-8800
Fax: +1 212 355-3333

YVONNE W. CHAN (*pro hac vice*)
*YChan@jonesday.com*
**JONES DAY**
100 High Street
Boston, MA  02110
Tel.: +1 617 960 3939
Fax: +1 617 449 6999

JANICE P. BROWN (SBN 114433)
*jbrown@myersnave.com*
MATTHEW B. NAZARETH (SBN 278405)
*mnazareth@myersnave.com*
**MEYERS NAVE**
600 B Street, Suite 1650
San Diego, CA 92101

Attorneys for Defendant
BANK OF AMERICA, N.A.

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the clerk of the court for the United States District Court for the Southern District of California by using the CM/ECF system on October 20, 2025. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

Executed:   October 20, 2025                 *s/ Matthew L. Riffee*