UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CALIFORNIA UNEMPLOYMENT BENEFITS LITIGATION | Case No.:  21md2992-GPC (MSB) |
| | **ORDER RESETTING MANDATORY SETTLEMENT CONFERENCE** |

After conferring with counsel of record for the parties, the Court **RESETS** the Mandatory Settlement Conference to **May 21, 2026**, at **9:30 a.m.**, in the chambers of **Magistrate Judge Michael S. Berg** located at **221 West Broadway, second floor, San Diego, CA 92101**.  Upon arrival, parties should check in with Judge Berg's chambers using the callbox located by the second-floor elevators.  All discussions at the Mandatory Settlement Conference will be informal, off-the-record, privileged, and confidential.  Counsel for any non-English speaking party is responsible for arranging for the appearance of an interpreter at the conference.

1.      **Personal Appearance of Parties Required**:  All named parties, party representatives, claims adjusters for insured defendants, and the principal attorney(s) responsible for the litigation, must be present **in person** and prepared to discuss and

21md2992-GPC (MSB)

resolve the case.[1]  Counsel appearing without their clients (whether or not counsel has been given settlement authority) will be cause for immediate imposition of sanctions and may also result in the immediate termination of the conference.

2.    **Full Settlement Authority Required**:  A party or party representative with full settlement authority must be present at the conference.  Retained outside corporate counsel must not appear on behalf of a corporation as the party representative who has the authority to negotiate and enter into a settlement.  A government entity may be excused from this requirement so long as the government attorney who attends the Mandatory Settlement Conference has (1) primary responsibility for handling the case, and (2) authority to negotiate and recommend settlement offers to the government official(s) having ultimate settlement authority.

3.    **Confidential Settlement Statements Required**:  By **May 14, 2026**, the parties shall submit directly to Magistrate Judge Berg's chambers (via hand delivery or by e-mail to the Court at efile_berg@casd.uscourts.gov), confidential settlement statements.  The statements are limited to ten (10) pages, plus an additional ten (10) pages of exhibits.  Each party's settlement statement must outline (1) significant facts established during discovery and the effect these facts have on the issues in the case; (2) counsel's insights regarding how best to reach settlement; (3) a **specific demand/offer for settlement**; and (4) any previous settlement negotiations or mediation efforts.  The Mandatory Settlement Conference statement **must not merely repeat** what was contained in the Early Neutral Evaluation brief or any earlier settlement brief.  To the extent specific discovery responses, portions of deposition testimony, or expert reports are pertinent to the Court's evaluation of the matter, these documents must be attached as exhibits.  Evidence supporting or refuting either party's claim for damages must also be identified and included as an exhibit.  A general

---

[1] Because the proceedings are stayed as to the Individual Plaintiffs [ECF No. 506], the Individual Plaintiffs and their counsel are **EXCUSED** from the Mandatory Settlement Conference.

21md2992-GPC (MSB)

statement, such as a party will "negotiate in good faith," is **not** a specific demand or offer.  The settlement statement should be submitted confidentially and need not be shared with other parties.

4.   **Requests to Continue a Mandatory Settlement Conference**:

Any request to continue the Mandatory Settlement Conference, or request for relief from any of the provisions or requirements of this Order, must be sought by a **written application**.  **Absent good cause, requests for continuances will not be considered unless submitted in writing no fewer than seven (7) calendar days prior to the scheduled conference.**

**If the case is settled in its entirety before the scheduled date of the conference, counsel and any unrepresented parties must still appear in person, unless a written joint notice confirming the complete settlement of the case is filed no fewer than twenty-four (24) hours before the scheduled conference.**

**IT IS SO ORDERED**.

Dated:  March 12, 2026

_____
Honorable Michael S. Berg
United States Magistrate Judge

3

21md2992-GPC (MSB)